**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Capital Transportation, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Yellow Cab of Tallahassee** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **59-3290313** |
| 4. | Debtor's address | **Principal place of business**<br><br>**221 West Oakland Park Boulevard**<br>**Fort Lauderdale, FL 33311**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **tallahasseeyellowcab.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   **Capital Transportation, Inc.**                                    Case number (*if known*) _____
            Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - ☐ A plan is being filed with this petition.
   - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
   - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                                     Relationship _____
    District _____   When _____   Case number, if known _____

Debtor     **Capital Transportation, Inc.**                                             Case number (*if known*) _____
           <sub>Name</sub>

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>          Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ■ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99        ☐ 5001-10,000         ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor   **Capital Transportation, Inc.**                                                    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2017**
              MM / DD / YYYY

X  **/s/ John Camillo**                                           **John Camillo**
   Signature of authorized representative of debtor                Printed name

Title   **President**

**18. Signature of attorney**

X  **/s/ Charles M. Tatelbaum, Esq.**                             Date   **February 10, 2017**
   Signature of attorney for debtor                                       MM / DD / YYYY

**Charles M. Tatelbaum, Esq.**
Printed name

**Tripp Scott, P.A.**
Firm name

**110 S.E. 6th Street**
**Fifteenth Floor**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone   **954.525.7500**           Email address   **cmt@trippscott.com**

**177540**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on 12/31/2016.

   a. Total assets                                                                $ 378,722.73

   b. Total debts (including debts listed in 2.c., below)                         $ 729,722.73

   c. Debt securities held by more than 500 holders

   |  |  |  |  | Approximate number of holders: |
   |---|---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |

   d. Number of shares of preferred stock                                          _____
   e. Number of shares common stock                                                _____

   Comments, if any: <u>Debts do not include interest on a judgment or contingent third-party claims.</u>

3. Brief description of debtor's business: <u>Taxicab dispatch.</u>

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Gaddis Corporation

Fill in this information to identify the case:
Debtor name: Capital Transportation, Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B&L Service Inc. P.O. Box 950 Fort Lauderdale, FL 33302 | | Insurance/Dispatch/Data Service/Misc | | | | $288,965.22 |
| BCC Funding VII LLC 2010 Main Street, Suite 1100 Irvine, CA 92614 | | Office Expense | Contingent Unliquidated | | | $0.00 |
| BT Performance Unlimited Inc. 2805 Assembly Court Tallahassee, FL 32310 | | Parts | Contingent Unliquidated | | | $0.00 |
| Capital Health Plan, Inc. P.O. Box 1678 Tallahassee, FL 32302 | | Employee Benefits | Contingent Unliquidated | | | $0.00 |
| Capital Office Products 210 Fentress Blvd. Daytona Beach, FL 32114 | | Office Expense | Contingent Unliquidated | | | $0.00 |
| Cedric Jones Marie A. Mattox, PA 310 E Bradford Road Tallahassee, FL 32303 | | Final Judgment | | | | $351,315.00 |
| CenturyLink P.O. box 1319 Charlotte, NC 28201 | | Telephone | Contingent Unliquidated | | | $0.00 |
| Cintas Corporation 2379 Commercial Park Drive Marianna, FL 32448 | | Other Garage Expense | Contingent Unliquidated | | | $0.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **Capital Transportation, Inc.**                                         Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Tallahassee<br>435 N. Macomb Street<br>Tallahassee, FL 32301 | | Utilities | Contingent<br>Unliquidated | | | $0.00 |
| Connie Liles Auto Parts Inc.<br>1127 W. Orange Avenue<br>Tallahassee, FL 32310 | | Parts | Contingent<br>Unliquidated | | | $0.00 |
| El Cheapo Tires Wholesalers Inc<br>4381 NW 19th Avenue<br>Pompano Beach, FL 33064 | | Tires | Contingent<br>Unliquidated | | | $0.00 |
| Lawson & Lawson Electrical Inc.<br>5019 Metzke Lane<br>Tallahassee, FL 32303 | | Repairs | Contingent<br>Unliquidated | | | $0.00 |
| Lion Fuse Digital Media LLC<br>1720 Harrison Street, #5<br>Hollywood, FL 33020 | | Advertising | Contingent<br>Unliquidated | | | $0.00 |
| Red Hills Broadcasting LLC<br>3000 Olson Road<br>Tallahassee, FL 32308 | | Advertising | Contingent<br>Unliquidated | | | $0.00 |
| Rio Vista Enterprises Inc.<br>P.O. Box 950<br>Fort Lauderdale, FL 33302 | | Rent | Contingent<br>Unliquidated | | | $0.00 |
| Service One Commercial Janitorial<br>P.O. Box 520389<br>Longwood, FL 32752 | | Cleaning Service | Contingent<br>Unliquidated | | | $0.00 |
| Super Clean Automotive Services LLC<br>1109 W Tharpe Street<br>Tallahassee, FL 32303 | | Other Garage Expenses | Contingent<br>Unliquidated | | | $0.00 |

Debtor  **Capital Transportation, Inc.**  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tallahassee Dodge Chrysler<br>3987 W. Tennessee Street<br>Tallahassee, FL 32303 | | Parts | Contingent<br>Unliquidated | | | $0.00 |
| The Parts House Inc.<br>P.O. Box 402554<br>Atlanta, GA 30384 | | Parts | Contingent<br>Unliquidated | | | $0.00 |
| Walter Haas Graphics Inc.<br>123 West 23rd Street<br>Hialeah, FL 33010 | | Advertising | Contingent<br>Unliquidated | | | $0.00 |

CREDITOR.SCN.txt

Ability Towing LLC
P.O. Box 37211
Tallahassee, FL 32315

Advance Auto Parts
P.O. Box 742063
Atlanta, GA 30374

AL Wilborn Jr.
49 Staghorn Trail
Havana, FL 32333

B&L Service Inc.
P.O. Box 950
Fort Lauderdale, FL 33302

BCC Funding VII LLC
2010 Main Street, Suite 1100
Irvine, CA 92614

BT Performance Unlimited Inc.
2805 Assembly Court
Tallahassee, FL 32310

Budget Printing Centers
1366 Blounstown Highway
Tallahassee, FL 32304

Capital Health Plan, Inc.
P.O. Box 1678
Tallahassee, FL 32302

Capital Office Products
210 Fentress Blvd.
Daytona Beach, FL 32114

Carquest Auto Parts Inc
P.O. Box 32711
Atlanta, GA 30384

Cedric Jones
Marie A. Mattox, PA
310 E Bradford Road
Tallahassee, FL 32303

CenturyLink
P.O. box 1319
Charlotte, NC 28201

Cintas Corporation
2379 Commercial Park Drive
Marianna, FL 32448

City of Tallahassee
435 N. Macomb Street
Tallahassee, FL 32301

Connie Liles Auto Parts Inc.
1127 W. Orange Avenue
Tallahassee, FL 32310

Crystal Springs
P.O. Box 6600579

Page 1

CREDITOR.SCN.txt

Dallas, TX 75266

Drug Free Compliance Inc.
P.O. Box 933
Lake Worth, FL 33460

El Cheapo Tires Wholesalers Inc
4381 NW 19th Avenue
Pompano Beach, FL 33064

Federal Background Services Inc.
P.O. Box 6703
Lake Worth, FL 33460

FedEx Inc.
P.O. Box 660481
Dallas, TX 75266

Florida Department of State
P.O. Box 6198
Tallahassee, FL 32314

Gaddis Corporation
P.O. Box 950
Fort Lauderdale, FL 33302

Grainger Inc.
P.O. Box 419267
Kansas City, MO 64141

Kristen Rodriguez
1521 McPhearson Drive
Tallahassee, FL 32310

Lawson & Lawson Electrical Inc.
5019 Metzke Lane
Tallahassee, FL 32303

Lion Fuse Digital Media LLC
1720 Harrison Street, #5
Hollywood, FL 33020

Marpan Supply Company Inc
P.O. Box 2068
Tallahassee, FL 32316

Passport Leasing Corp.
P.O. Box 950
Fort Lauderdale, FL 33302

R&L Carriers, Inc.
P.O. Box 10020
Port William, OH 45164

Red Hills Broadcasting LLC
3000 Olson Road
Tallahassee, FL 32308

Rio Vista Enterprises Inc.
P.O. Box 950
Fort Lauderdale, FL 33302

Safety Touch Security System

Page 2

```
                              CREDITOR.SCN.txt
9950 Sunbeam Center Drive
Jacksonville, FL 32257

Safety-Kleen Systems Inc.
P.O. Box 650509
Dallas, TX 75265

Service One Commercial Janitorial
P.O. Box 520389
Longwood, FL 32752

Super Clean Automotive Services LLC
1109 W Tharpe Street
Tallahassee, FL 32303

Tallahassee Dodge Chrysler
3987 W. Tennessee Street
Tallahassee, FL 32303

Tallahassee Ford Lincoln
P.O. Box 510
Tallahassee, FL 32302

The Parts House Inc.
P.O. Box 402554
Atlanta, GA 30384

Toll By Plate
P.O. Box 105477
Atlanta, GA 30347

Walter Haas Graphics Inc.
123 WEst 23rd Street
Hialeah, FL 33010

YP
P.O. Box 1050
Carol Stream, IL 60197
```