UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

CAPITAL TRANSPORTATION, INC.,

Debtor.
_____/

Case No.  17-11664-JKO

Chapter 11

**MOTION FOR ORDER AUTHORIZING POST-PETITION
FINANCING AND APPROVING FINANCING *NUNC PRO TUNC***

CAPITAL TRANSPORTATION, INC. (the "Debtor"), by and through the undersigned counsel, hereby moves for entry of an order authorizing the Debtor to obtain post-petition financing from Gaddis Corporation ("Gaddis Corporation"), and to approve *nunc pro tunc* financing provided to date, and as grounds therefore states:

1. The Debtor filed for Chapter 11 bankruptcy relief on February 10, 2017.

2. The Debtor is in the business of operating a taxi cab service in the City of Tallahassee, Florida.

3. On February 17, 2017, the Debtor was faced with a looming payroll deadline and was unwilling to use its cash reserves without this Court's authority. The full details of the payroll and associated obligations (the "Pre-Petition Obligations) have been set forth in the *Debtor's Motion for Order Authorizing It to (I) Pay Pre-Petition Employee Wages, Salaries, Benefits and Other Compensation; (II) Remit Withholding Obligations; and (III) Maintain Employee Benefits and Pay Related Administrative Obligations Nunc Pro Tunc to February 17, 2017* (the "Payroll Motion"), filed contemporaneously herewith.

4. Owing to the exigencies of its bankruptcy filing, and a subsequent conflict

of interest which required the Debtor to obtain new counsel in the first week of its bankruptcy, the Debtor was unable to timely file a motion seeking leave of this Court to pay pre-petition wages, salaries, insurance benefits, and remit withholding obligations in connection with its pre-petition obligations, as would commonly have been authorized by Sections 105(a), 507(a)(4), and 363(b) of the Bankruptcy Code

5. B&L Service, Inc., a related Florida corporation to the Debtor, directly paid the Debtor's Pre-petition Employment Obligations[1] on February 17, 2017, in the total amount of $4,274.56 (the "Payroll Advance").

6. This payment of monies, being the "least worst" option available to the Debtor under the circumstances, was in essence an extension of post-petition financing at zero interest to the Debtor.

7. In the event that the Payroll Advance is approved as post-petition financing *nunc pro tunc* to February 17, 2017, B&L Service, Inc. will submit an application for said administrative expense for the amount of the Payroll Advance, with the agreement that said administrative expense will only be paid in the event of confirmation of the Debtor's plan of reorganization.

8. The Debtor determined that it was in the best interest of the bankruptcy estate to enter into the proposed post-petition financing arrangement and seek this Court's authority pursuant to Section 364(b) of the Bankruptcy Code to approve said financing, as meeting the February 17, 2017 payroll allowed for the retention of the Debtor's employees and was therefore was crucial to the Debtor's survival.

WHEREFORE, the Debtor respectfully requests entry of an Order authorizing the Debtor to obtain super-priority post-petition financing pursuant to 11 U.S.C. 364(b),

---

[1] As that term is defined in the Payroll Motion, to the extent appropriate.

subject to the terms set forth herein, approving the financing rendered to date, and granting such other and further relief as the Court deems just and proper.

**Dated: February 20, 2017.**

        Respectfully submitted,

        **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

        David A. Ray, P.A.
        400 Southeast 12th Street, Building B
        Fort Lauderdale, Florida 33316
        Tel: (954) 399-0105
        Email:  dray@draypa.com

        By:  */s/ David A. Ray*_____
         David A. Ray
        Florida Bar No. 13871

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2017, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest as reflected on the attached service list on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ *David A. Ray*_____
        David A. Ray

**Service List**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Debtor Capital Transportation, Inc.
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com

Charles M Tatelbaum on behalf of Debtor Capital Transportation, Inc.
cmt@trippscott.com, lxc@trippscott.com;cvp@trippscott.com