UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CAPITAL TRANSPORTATION, INC.,

Debtor.
_____/

Case No. 17-11664-JKO

Chapter 11

## **DEBTOR'S CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1, the Debtor certifies that Gaddis Corporation directly owns ten percent or more of the Debtor's equity interest.

I certify under penalty of perjury that the foregoing is true.

Dated: February 7, 2017.

By: _____
John M. Camillo, President