**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Capital Transportation, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **17-11664-JKO** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **February 24, 2017** | *X* **/s/ John Camillo** |
| | | Signature of individual signing on behalf of debtor |
| | | **John Camillo** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name    **Capital Transportation, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-11664-JKO**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................    $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $       **320,511.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $       **320,511.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **119,566.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       **587,112.35**

4.    Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b       $       **706,678.35**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Capital Transportation, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)      **17-11664-JKO**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.      **Cash on hand**                                                                                    **$500.00**

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SunTrust Bank** | **Checking** | **4396** | **$59,122.00** |
| 3.2. | **SunTrust Bank** | **Deposit** | **5573** | **$1,998.00** |
| 3.3. | **SunTrust Bank** | **Petty Cash** | **5129** | **$6,060.00** |

4.      **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Meta Bank**<br>**Money network cards for driver payments** | **$13,263.00** |

5.      **Total of Part 1.**                                                                               **$80,943.00**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Capital Transportation, Inc.**                              Case number *(If known)*  **17-11664-JKO**
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **City of Tallahassee Utility Deposit** _____  **$1,339.00**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **Capital Health Plan**
    8.1.  **Employee Health Insurance March 2017** _____  **$2,430.00**

9.  **Total of Part 2.**                                              | **$3,769.00** |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:        **27,378.00**   -        **0.00**   = ....        **$27,378.00**
                                  _____         _____
                                    face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                              | **$27,378.00** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Capital Transportation, Inc.** | Case number *(If known)* **17-11664-JKO** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture | **$500.00** | Comparable sale | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>7 computers | **$1,400.00** | Comparable sale | **$1,400.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$1,900.00** |
|---|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | Automobiles (See Attached) | **$194,007.00** | Comparable sale | **$194,007.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Communication and Garage Equipment | **$12,514.00** | Comparable sale | **$12,514.00** |

| 51. | **Total of Part 8.** | | | **$206,521.00** |
|---|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Capital Transportation, Inc.** | Case number *(If known)* | **17-11664-JKO** |
|--------|----------------------------------|--------------------------|------------------|
|        | Name                             |                          |                  |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|----------|----------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Capital Transportation, Inc.**                                    Case number *(If known)* **17-11664-JKO**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $80,943.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,769.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,378.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $206,521.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $320,511.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $320,511.00 |

## CAPITAL TRANSPORTATION FLEET
## COMPANY OWNED VEHICLES AS OF 2/10/2017

| Year / Make / Model | VIN Number | |
|---|---|---|
| 04 FORD CROWN VIC | 2FAHP71W84X144046 | |
| 04 FORD CROWN VIC | 2FAHP71W44X149163 | |
| 04 FORD CROWN VIC | 2FAHP71W34X154628 | |
| 04 FORD CROWN VIC | 2FAHP71WX4X159650 | |
| 04 FORD CROWN VIC | 2FAHP71W84X144080 | |
| 04 FORD CROWN VIC | 2FAHP71W84X154608 | |
| 03 FORD CROWN VIC | 2FAFP71W13X125182 | |
| 04 FORD CROWN VIC | 2FAFP71W04X151676 | |
| 04 FORD CROWN VIC | 2FAFP71W24X151677 | |
| 04 FORD CROWN VIC | 2FAFP71W74X151657 | |
| 04 FORD CROWN VIC | 2FAFP71W14X151721 | |
| 04 FORD CROWN VIC | 2FAFP71W64X151715 | |
| 07 FORD FREESTAR | 2FMZA51267BA14345 | |
| 07 FORD FREESTAR | 2FMZA51257BA23070 | |
| 04 FORD CROWN VIC | 2FAFP71W44X176029 | |
| 04 FORD CROWN VIC | 2FAHP71W94X169778 | |
| 04 FORD CROWN VIC | 2FAFP71W44X151759 | |
| 04 FORD CROWN VIC | 2FAFP71W34X151672 | |
| 04 FORD CROWN VIC | 2FAFP71W34X151705 | |
| 07 FORD FREESTAR | 2FMZA51207BA23056 | |
| 05 FORD CROWN VIC | 2FAFP71W05X141828 | Paper converted |
| 05 FORD CROWN VIC | 2FAFP71W05X175879 | Paper converted |
| 05 FORD CROWN VIC | 2FAFP71W35X175875 | |
| 05 FORD CROWN VIC | 2FAHP71W35X134798 | |
| 05 FORD CROWN VIC | 2FAFP71W45X147082 | |
| 08 FORD CROWN VIC | 2FAHP71V88X159935 | |
| 08 FORD CROWN VIC | 2FAHP71V18X159985 | |
| 08 FORD CROWN VIC | 2FAHP71V78X146688 | |
| 08 FORD CROWN VIC | 2FAHP71V68X170397 | |
| 08 FORD CROWN VIC | 2FAHP71VX8X170340 | |
| 08 FORD CROWN VIC | 2FAHP71V48X172410 | |
| 08 FORD CROWN VIC | 2FAHP71V18X170405 | |
| 08 FORD CROWN VIC | 2FAHP71V28X170395 | |
| 08 FORD CROWN VIC | 2FAHP71V48X171516 | |
| 08 FORD CROWN VIC | 2FAHP71V08X171500 | |
| 08 FORD CROWN VIC | 2FAHP71V88X159966 | |
| 08 FORD CROWN VIC | 2FAHP71V18X101794 | |
| 08 FORD CROWN VIC | 2FAHP71V88X146697 | |
| 08 FORD CROWN VIC | 2FAHP71V68X146665 | |
| 08 FORD CROWN VIC | 2FAHP71V58X159925 | |
| 08 FORD CROWN VIC | 2FAHP71V68X171436 | |

## CAPITAL TRANSPORTATION FLEET
## COMPANY OWNED VEHICLES AS OF 2/10/2017

| Year / Make / Model | VIN Number | | |
|---|---|---|---|
| 08 FORD CROWN VIC | 2FAHP71V98X171432 | | |
| 08 FORD CROWN VIC | 2FAHP71V28X172406 | | |
| 08 FORD CROWN VIC | 2FAHP71V88X172443 | | |
| 08 FORD CROWN VIC | 2FAHP71V88X171468 | | |
| 08 DODGE CARAVAN | 1D8HN44H28B170261 | | |
| 13 TOYOTA PRIUS | JTDKN3DU4D5548326 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU2D1651350 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU7D5548708 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU9D5538617 | Lien - Passport | |
| 11 TOYOTA PRIUS | JTDKN3DUOB1449099 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU4F5553509 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU5D5553597 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU2D5577923 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU3D5568499 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU2D5560748 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU5D5559416 | Lien - Passport | |
| 10 TOYOTA PRIUS | JTDKN3DU8A0046699 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU2D5555730 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU8D0353620 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU7D0353379 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DUXD5542689 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU3D5638907 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DUOD5636001 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU6D0340395 | Lien - Passport | |
| 13 TOYOTA PRIUS | JTDKN3DU4D1682356 | Lien - Passport | |
| 11 DODGE GRAND CARAVAN | 2D4RN5DG4BR689176 | Lien - Passport | |
| 11 DODGE GRAND CARAVAN | 2D4RN5DG8BR678973 | Lien - Passport | |
| 12 TOYOTA PRIUS | JTDKN3DU4C5519603 | Lien - Passport | |
| 12 TOYOTA PRIUS | JTDKN3DU5C5532179 | Lien - Passport | |
| 06 FORD FREESTAR | 2FMZA51656BA40565 | Lien - Passport | Accident - |
| 13 TOYOTA PRIUS | JTFKN3DU8D1636724 | Lien - Passport | Accident - |

72 Vehicles

**Fill in this information to identify the case:**

Debtor name    **Capital Transportation, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-11664-JKO**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** | **Passport Leasing Inc.** | Describe debtor's property that is subject to a lien | $119,566.00 | $194,007.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 950**
**Fort Lauderdale, FL**
**33302-0950**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☑ Yes

**Date debt was incurred**
**12/31/2014**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2080**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $119,566.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Capital Transportation, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-11664-JKO**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|
|  | **Ability Towing LLC** <br> **PO Box 37211** <br> **Tallahassee, FL 32315** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$992.17** |
|---|---|---|---|
|  | **Advance Auto Parts** <br> **PO Box 742063** <br> **Atlanta, GA 30374** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|
|  | **AL Wilborn Jr.** <br> **49 Staghorn Trail** <br> **Havana, FL 32333** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
|  | **Auto Alley Inc.** <br> **5019 W. Tharpe Street** <br> **Tallahassee, FL 32303** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes |  |

| Debtor | **Capital Transportation, Inc.** | Case number (if known) | **17-11664-JKO** |
| --- | --- | --- | --- |
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$216,955.00** |
| --- | --- | --- | --- |

**B&L Service Inc.**
**PO Box 950**
**Fort Lauderdale, FL 33302-0950**

Date(s) debt was incurred _
Last 4 digits of account number  4117

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance, Dispatch Services, Miscellaneous Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**BCC Funding VII LLC**
**2010 Main Street, Suite 1100**
**Irvine, CA 92614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Expense**
**Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**BT Performance Unlimited Inc.**
**2805 Assembly Court**
**Tallahassee, FL 32310**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**
**Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$432.53** |
| --- | --- | --- | --- |

**Budget Printing Centers**
**1366 Blounstown Highway**
**Tallahassee, FL 32304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Capital Health Plan, Inc.**
**PO Box 1678**
**Tallahassee, FL 32302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$547.68** |
| --- | --- | --- | --- |

**Capital Office Products**
**210 Fentress Blvd.**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$539.76** |
| --- | --- | --- | --- |

**Capital Trannsportation P/C ACC**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Capital Transportation, Inc.** | Case number (if known) | **17-11664-JKO** |
|---|---|---|---|
| | Name | | |

---

**3.12** Nonpriority creditor's name and mailing address

**Carquest Auto Parts Inc.**
**PO Box 32711**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Cedrick Jones**
**1223 Athens Court**
**Tallahassee, FL 32305**

Date(s) debt was incurred  **2/13/14**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$250,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Century Link**
**PO Box 1319**
**Charlotte, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,118.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Cintas Corporation**
**2379 Commercial Park Drive**
**Marianna, FL 32448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,007.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Garage Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**City of Tallahassee**
**435 N. Macomb Street**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities Notice Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**Connie Liles Auto Parts Inc.**
**1127 W. Orange Ave**
**Tallahassee, FL 32310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$273.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Crystal Springs**
**PO Box 6600579**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$42.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Capital Transportation, Inc.** | Case number (if known) | **17-11664-JKO** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,298.46 |
|---|---|---|---|

**DMP Auto Parts**
**2209 SW 58th Way**
**West Park, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**Drug Free Compliance Inc.**
**PO Box 933**
**Lake Worth, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**El Cheapo Tires Wholesalers Inc.**
**4381 NW 19th Ave**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tires**
**Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|---|---|---|---|

**Federal Background Services Inc.**
**PO Box 6703**
**Lake Worth, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.55 |
|---|---|---|---|

**Federal Express Inc.**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Florida Department of State**
**PO Box 6198**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gaddis Corporation**
**PO Box 950**
**Fort Lauderdale, FL 33302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Capital Transportation, Inc.** | Case number (if known) | **17-11664-JKO** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.10** |
|---|---|---|---|

**Grainger Inc.**
**PO Box 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |
|---|---|---|---|

**Kristen Rodriguez**
**1521 McPherson Drive**
**Tallahassee, FL 32310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$615.00** |
|---|---|---|---|

**Lawson & Lawson Electrical Inc.**
**5019 Metzke Lane**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Lion Fuse Digital Media LLC**
**1720 Harrison Street, #5**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,315.00** |
|---|---|---|---|

**Marie Mattox Law Office**
**310 Bradford Road**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/16**

Basis for the claim:  **Attorneys Fees re Jones Matter**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Marpan Supply Company Inc.**
**PO Box 2068**
**Tallahassee, FL 32316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Capital Transportation, Inc.** | | Case number *(if known)* | **17-11664-JKO** |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.92**

**Mowhawk Rubber Sales Inc.**
**9330 Industrial Trace**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**New Ways Auto Transport Inc.**
**831 NW 7th Terrace**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.05**

**Orkin**
**5350 Capital Circle NW**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**R&L Carriers Inc.**
**PO Box 10020**
**Port William, OH 45164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Red Hills Broadcasting LLC**
**3000 Olson Road**
**Tallahassee, FL 32308**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Advertising Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rio Vista Enterprises Inc.**
**PO Box 950**
**Fort Lauderdale, FL 33302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Safety Touch Security System**
**9950 Sunbeam Center Drive**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Capital Transportation, Inc.** | | Case number (if known) | **17-11664-JKO** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Safety-Kleen Systems Inc.**<br>**PO Box 650509**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $489.13 |
|---|---|---|---|
| | **Service One Commercial Janitorial**<br>**PO Box 520389**<br>**Longwood, FL 32752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Cleaning Service** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,696.57 |
|---|---|---|---|
| | **Shefield Auto & Truck**<br>**4325 W. Pensacola Street**<br>**Tallahassee, FL 32304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|
| | **Super Clean Automotive Services LLC**<br>**1109 W. Tharpe Street**<br>**Tallahassee, FL 32303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Garage Expenses** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tallahasse Dodge Chrysler**<br>**3987 W. Tennessee Street**<br>**Tallahassee, FL 32303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Parts**<br>**Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $183.72 |
|---|---|---|---|
| | **Tallahassee Ford Lincoln**<br>**PO Box 510**<br>**Tallahassee, FL 32302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,157.75 |
|---|---|---|---|
| | **The Parts House Inc.**<br>**PO Box 402554**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Parts** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Capital Transportation, Inc.** | Case number (if known) | **17-11664-JKO** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.38 |
|---|---|---|---|

**Toll By Plate**
**PO Box 105477**
**Atlanta, GA 30347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walter Haas Graphics Inc.**
**123 W. 23rd Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising**
**Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**YP**
**PO Box 1050**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 587,112.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 587,112.35 |

**Fill in this information to identify the case:**

Debtor name **Capital Transportation, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-11664-JKO**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Property: Land and Building.** | |
|---|---|---|---|
| | State the term remaining | **4 years 7 months Exp. 9/27/21** | **JPG Tallahassee, LLC** |
| | List the contract number of any government contract | | **PO Box 950** |
| | | | **Fort Lauderdale, FL 33302-0950** |

**Fill in this information to identify the case:**

Debtor name    **Capital Transportation, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-11664-JKO**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name      **Capital Transportation, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-11664-JKO**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$96,061.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$1,312,069.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$1,472,641.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Capital Transportation, Inc.** | | Case number *(if known)* **17-11664-JKO** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **Capital Health Plan Inc.** | **12/2/16 - $2,085.12 1/5/17 - $2,085.12 2/2/17 - $2,430.43** | **$6,600.67** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Rio Enterprises PO Box 950 Fort Lauderdale, FL 33302 Same owner, in whole or in part, as Debtor** | **12/2/16 - $2,150.00 1/5/17 - $2,150.00 2/2/17 - $2,150.00** | **$6,450.00** | **Rent** |
| 4.2.    **B&L Service PO Box 950 Fort Lauderdale, FL 33302 Same owner, in whole or in part, as Debtor** | **See Attached** | **$420,163.28** | **Insurance, miscellaneous related to Debtor** |
| 4.3.    **Passport Leasing Corp. PO Box 950 Fort Lauderdale, FL 33302 Same owner, in whole or in part, as Debtor** | **See attached.** | **$107,843.54** | **Financed portion of vehcile fleet** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Capital Transportation, Inc.**                                      Case number *(if known)*  **17-11664-JKO**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Tallahassee Community College Foundation**<br>**444 Appleyard Drive**<br>**Tallahassee, FL 32304** | **8 Used Cars** | **March 2016** | **$13,361.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Foundation for Leon County School**<br>**725 S. Calhoun Street**<br>**Tallahassee, FL 32301** | **Check** | **June 2016** | **$2,009.00** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Capital Transportation, Inc.**                                   Case number *(if known)*  **17-11664-JKO**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tripp Scott**<br>**110 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | | **February 2017** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Parent Shareholder Subsidiary** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 4

Debtor    **Capital Transportation, Inc.**      Case number *(if known)* **17-11664-JKO**

---

### Drivers-Complete Background Check Information

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Capital Transportation, Inc.**                    Case number *(if known)*  **17-11664-JKO**

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Capital Transportation Inc.**<br>**PO Box 950**<br>**Fort Lauderdale, FL 33302-0950** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Goldstein, Zugman, Weinstein & Poole, LL**<br>**6301 NW 5th Way, Suite 4200**<br>**Fort Lauderdale, FL 33309** | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Capital Transportation, Inc. | Case number *(if known)* | 17-11664-JKO |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse P. Gaddis | 221 W. Oakland Park Blvd. Fort Lauderdale, FL 33311 | Chairman/Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Camillo | 221 W. Oakland Park Blvd. Fort Lauderdale, FL 33311 | President/Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael R. Gaddis | 221 W. Oakland Park Blvd. Fort Lauderdale, FL 33311 | Vice-President/Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James F. Murray | 221 W. Oakland Park Blvd. Fort Lauderdale, FL 33311 | Vice-President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gaddis Corporation | PO Box 950 Fort Lauderdale, FL 33302 | | 100% Owner |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Capital Transportation, Inc.**                                    Case number *(if known)*  **17-11664-JKO**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Gaddis Corporation** | **EIN:    59-2310999** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2017**

**/s/ John Camillo**                                      **John Camillo**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## CAPITAL TRANSPORTATION, INC.
## CHECK REGISTER   02/10/2016 TO 02/10/2017

| 159739 | AP | CK | 2/12/2016 | B&L S001 | B & L SERVICE INC | 2/29/2016 | 02-16 | 5,387.66 |
|--------|----|----|-----------|----------|-------------------|-----------|-------|----------|
| 159765 | AP | CK | 2/25/2016 | B&L S001 | B & L SERVICE INC | 2/29/2016 | 02-16 | 10,000.00 |
| 159777 | AP | CK | 3/2/2016 | B&L S001 | B & L SERVICE INC | 3/31/2016 | 03-16 | 10,000.00 |
| 159800 | AP | CK | 3/11/2016 | B&L S001 | B & L SERVICE INC | 3/31/2016 | 03-16 | 14,967.73 |
| 159819 | AP | CK | 3/17/2016 | B&L S001 | B & L SERVICE INC | 3/31/2016 | 03-16 | 10,637.51 |
| 159849 | AP | CK | 4/7/2016 | B&L S001 | B & L SERVICE INC | 4/30/2016 | 04-16 | 17,882.84 |
| 159864 | AP | CK | 4/14/2016 | B&L S001 | B & L SERVICE INC | 4/30/2016 | 04-16 | 23,068.62 |
| 159876 | AP | CK | 4/20/2016 | B&L S001 | B & L SERVICE INC | 4/30/2016 | 04-16 | 20,000.00 |
| 159888 | AP | CK | 4/28/2016 | B&L S001 | B & L SERVICE INC | | 04-16 | 14,294.46 |
| 159888 | AP | VC | 4/28/2016 | B&L S001 | B & L SERVICE INC | | 04-16 | -14,294.46 |
| 159904 | AP | CK | 5/5/2016 | B&L S001 | B & L SERVICE INC | 5/31/2016 | 05-16 | 14,294.46 |
| 159924 | AP | CK | 5/12/2016 | B&L S001 | B & L SERVICE INC | 5/31/2016 | 05-16 | 9,830.55 |
| 159940 | AP | CK | 5/19/2016 | B&L S001 | B & L SERVICE INC | 5/31/2016 | 05-16 | 20,000.00 |
| 159963 | AP | CK | 6/9/2016 | B&L S001 | B & L SERVICE INC | 6/30/2016 | 06-16 | 13,665.01 |
| 159987 | AP | CK | 6/16/2016 | B&L S001 | B & L SERVICE INC | 6/30/2016 | 06-16 | 26,274.83 |
| 160002 | AP | CK | 6/23/2016 | B&L S001 | B & L SERVICE INC | 6/30/2016 | 06-16 | 12,394.80 |
| 160054 | AP | CK | 7/14/2016 | B&L S001 | B & L SERVICE INC | 7/31/2016 | 07-16 | 5,114.50 |
| 160063 | AP | CK | 7/21/2016 | B&L S001 | B & L SERVICE INC | | 07-16 | 10,000.00 |
| 160063 | AP | VC | 7/21/2016 | B&L S001 | B & L SERVICE INC | | 07-16 | -10,000.00 |
| 160078 | AP | CK | 8/1/2016 | B&L S001 | B & L SERVICE INC | 8/31/2016 | 08-16 | 10,000.00 |
| 160092 | AP | CK | 8/4/2016 | B&L S001 | B & L SERVICE INC | 8/31/2016 | 08-16 | 10,000.00 |
| 160110 | AP | CK | 8/11/2016 | B&L S001 | B & L SERVICE INC | 8/31/2016 | 08-16 | 10,229.54 |
| 160132 | AP | CK | 8/18/2016 | B&L S001 | B & L SERVICE INC | 8/31/2016 | 08-16 | 12,655.50 |
| 160133 | AP | CK | 8/18/2016 | B&L S001 | B & L SERVICE INC | 8/31/2016 | 08-16 | 10,000.00 |
| 160167 | AP | CK | 9/8/2016 | B&L S001 | B & L SERVICE INC | 9/30/2016 | 09-16 | 10,000.00 |
| 160187 | AP | CK | 9/22/2016 | B&L S001 | B & L SERVICE INC | 9/30/2016 | 09-16 | 8,912.82 |
| 160209 | AP | CK | 9/29/2016 | B&L S001 | B & L SERVICE INC | 9/30/2016 | 09-16 | 12,720.40 |
| 160227 | AP | CK | 10/7/2016 | B&L S001 | B & L SERVICE INC | 10/31/2016 | 10-16 | 3,925.30 |
| 160277 | AP | CK | 10/27/2016 | B&L S001 | B & L SERVICE INC | 10/31/2016 | 10-16 | 8,001.86 |
| 160295 | AP | CK | 11/3/2016 | B&L S001 | B & L SERVICE INC | 11/30/2016 | 11-16 | 10,000.00 |
| 160322 | AP | CK | 11/18/2016 | B&L S001 | B & L SERVICE INC | 11/30/2016 | 11-16 | 8,085.79 |
| 160337 | AP | CK | 11/23/2016 | B&L S001 | B & L SERVICE INC | 11/30/2016 | 11-16 | 103.24 |
| 160349 | AP | CK | 12/2/2016 | B&L S001 | B & L SERVICE INC | 12/31/2016 | 12-16 | 10,000.00 |
| 160365 | AP | CK | 12/9/2016 | B&L S001 | B & L SERVICE INC | 12/31/2016 | 12-16 | 10,000.00 |
| 160409 | AP | CK | 1/5/2017 | B&L S001 | B & L SERVICE INC | 1/31/2017 | 01-17 | 11,684.73 |

| 160427 | AP | CK | 1/13/2017 | B&L S001 | B & L SERVICE INC | 1/31/2017 | 01-17 | 25,387.81 |
| 160445 | AP | CK | 1/19/2017 | B&L S001 | B & L SERVICE INC | 1/31/2017 | 01-17 | 14,550.80 |
| 160452 | AP | CK | 1/26/2017 | B&L S001 | B & L SERVICE INC | 1/31/2017 | 01-17 | 5,386.98 |
| 160465 | AP | CK | 2/2/2017 | B&L S001 | B & L SERVICE INC | 2/28/2017 | 02-17 | 15,000.00 |
| 159772 | AP | CK | 2/25/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 2/29/2016 | 02-16 | 2,831.93 |
| 159773 | AP | CK | 2/25/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 2/29/2016 | 02-16 | 8,055.12 |
| 159790 | AP | CK | 3/2/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 3/31/2016 | 03-16 | 202.82 |
| 159834 | AP | CK | 3/24/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 3/31/2016 | 03-16 | 8,055.12 |
| 159900 | AP | CK | 4/28/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 4/30/2016 | 04-16 | 8,864.13 |
| 159914 | AP | CK | 5/5/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 5/31/2016 | 05-16 | 57.25 |
| 159959 | AP | CK | 5/26/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 5/31/2016 | 05-16 | 8,864.13 |
| 160022 | AP | CK | 6/29/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 6/30/2016 | 06-16 | 8,864.13 |
| 160074 | AP | CK | 7/21/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 7/31/2016 | 07-16 | 8,864.13 |
| 160144 | AP | CK | 8/29/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 8/31/2016 | 08-16 | 8,864.13 |
| 160220 | AP | CK | 9/29/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 9/30/2016 | 09-16 | 8,864.13 |
| 160288 | AP | CK | 10/27/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 10/31/2016 | 10-16 | 8,864.13 |
| 160344 | AP | CK | 11/23/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 11/30/2016 | 11-16 | 8,864.13 |
| 160404 | AP | CK | 12/28/2016 | PASS0131 | PASSPORT LEASING CORPORATION | 12/31/2016 | 12-16 | 8,864.13 |
| 160458 | AP | CK | 1/26/2017 | PASS0131 | PASSPORT LEASING CORPORATION | 1/31/2017 | 01-17 | 8,864.13 |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Capital Transportation, Inc.**                                    Case No.   **17-11664-JKO**

                                                    Debtor(s)              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 24, 2017**                         **/s/ John Camillo**

                                                    **John Camillo**/**President**
                                                    Signer/Title