UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

                                         Case No.  17-11664-JKO

CAPITAL TRANSPORTATION, INC.,

                                         Chapter 11

              Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, (Capital Transportation, Inc.), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1.     Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):  **2/10/2017**

2.     Names, case numbers and dates of filing of related debtors:  **None**

3.     Description of debtor's business:  **Taxi cab service company, providing transportation in the Tallahassee, Florida area.**

4.     Locations of debtor's operations and whether the business premises are leased or owned:

      **Headquarters, Business Office and Dispatch Operations**
      **221 W. Oakland Park Boulevard**
      **Fort Lauderdale, Florida 33311**

5.     Reasons for filing chapter 11:

**Assets exceed liabilities.**

6.  List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

**John M. Camillo, President**
**No salary paid or benefits maintained by Debtor**

**James F. Murray, Vice President**
**No salary paid or benefits maintained by Debtor**

7.  Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **$96,061.00**

8.  Amounts owed to various creditors as of Petition Date: **$706,678.35**

    a. Obligations owed to priority creditors including priority tax obligations: **$0.00**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims

    | Name of Creditor | Principal Amount Owed | Description of Collateral | Estimated Value of Collateral |
    |---|---|---|---|
    | Passport Leasing Inc. | $119,566.00 | Vehicles | $194,007.00 |

    And;

    c. Amount of unsecured claims: **$587,112.35**

9.  General description and approximate value of the debtor's assets:

**See Debtor's Bankruptcy Schedule "B" and any addenda or amendments thereto.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires

**(a)** **General Liability**: Everest Indemnity Insurance Co., Policy No. CF4GL00594161, $2,000,000.00, current, expires 9/8/2017;
**(b)** **Workman's Comp**: ICW Group Insurance Company, Policy No. 5033315 01, expires 4/1/17;
**(c)  Disability and Accident Insurance**: AFLAC and Lincoln National Life Insurance Company;
**(d) Commercial Liability (Vehicles)**: American Southern Insurance Companies, Policy No. BA727898, $100,000 per incident, expires 4/6/2017.

11. Number of employees and amounts of wages owed as of petition date:

**Ten employees, $4,274.56 total.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

*See* **Motion for Order Authorizing Debtor to (i) Pay Pre-petition Wages, Salaries, Employee Benefits and Other Compensation; (ii) Remit Withholding Obligations; and (iii) Maintain Employee Benefits and Pay Related Administrative Obligations** *Nunc Pro Tunc* **to February 17, 2017, at ECF No. 13.**

13. Anticipated emergency relief to be requested within 14 days from the petition date: **n/a**

**Dated: February 28, 2017.**

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

David A. Ray, P.A.
400 Southeast 12th Street, Building B
Fort Lauderdale, Florida 33316
Tel: (954) 399-0105
Email:  dray@draypa.com

By:  */s/ David A. Ray*_____
 David A. Ray
Florida Bar No. 13871