UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:                                                                Chapter 11

CAPITAL TRANSPORTATION, INC.                Case No.: 17-11664-JKO

        Debtor.
_____/

**APPLICATION TO RETAIN**
**SPECIAL COUNSEL *NUNC PRO TUNC* TO FEBRUARY 10, 2017**

      CAPITAL TRANSPORTATION, INC., debtor in possession (the Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 2014, by and through undersigned counsel, respectfully requests entry of an order authorizing the Debtor to employ Michael Bonfanti, Esquire of The Chartwell Law Offices (hereinafter, "Proposed Special Counsel") to represent the Estate, and states as follows:

      1.      On February 10, 2017 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of United States Bankruptcy Code.

      2.      The undersigned is the attorney for the Debtor, pending this Court's consideration of his Application to Employ [ECF No. 4].

      3.      Prior to the Petition Date, Proposed Special Counsel represented the Debtor in a variety of legal actions pending in the Small Claims, County and Circuit Courts in Leon County, Florida (the "State Court Litigations").

      4.      Most if not all of the State Court Litigations are either related to the defense of negligence claims, or the prosecution of claims related to damage sustained to the Debtor's vehicles, and none of the State Court Litigations appears to involve a claim in excess of $10,000.00.

      5.      Moreover, Proposed Special Counsel was selected to prosecute a number of

additional claims on behalf of the Debtor, which have yet to be filed.

6. Attached to this application is the proposed attorney's affidavit demonstrating Michael Bonfanti, Esq., and The Chartwell Law Offices, are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

7. The Debtor believes that Proposed Special Counsel is qualified to practice in connection with the State Court Litigations and is qualified to advise the Debtor on its litigation and/or negotiation with the opposing parties in the State Court Litigations.

8. Proposed Special Counsel has agreed to be compensated in accordance with 11 U.S.C. §327 where appropriate, in connection with the State Court Litigations as follows:

(i) The following files are based on a contingency fee of 20 percent of the recovery amount:

(a) Capital Transportation vs. City Taxi, Inc.  Leon County Court Case No. 2016SC001410;

(b) Capital Transportation v. Virginia Sapp, Leon County Court Case No. 2017 SC 000067;

(c) Capital Transportation v. Ronnie L. Dupont
Date of Loss:  March 24, 2013
Not currently in litigation – suit to be filed March 24, 2017;

(d) Capital Transportation v. Fred Armour and Jennifer White
Date of Loss:  October 18, 2013
Not currently in litigation – suit to be filed by October 18, 2017;

(e) Capital Transportation v. Charles Barnes
Date of Loss:  October 5, 2013
Not currently in litigation – suit to be filed by October 15, 2017.

(ii) The following file is based on an hourly rate of $150.00 for attorney, and $90.00 for paralegal:

(a) Vickey Bowens v. Ben Yaw Sarfo and Capital Transportation, Leon County Court Case No. 2016 CA 000801.

9. Proposed Special Counsel does not hold or represent any interest adverse to the

estate, and the Debtor believes that the employment of this attorney would be in the best interest of the estate.

10. By way of this Application, the Debtor seeks authority to retain Proposed Special Counsel on a going-forward basis in connection with any future contingency matters not dissimilar from those disclosed herein, on the same twenty percent (20%) contingency basis, without further leave of this Court.

WHEREFORE, the Debtor respectfully requests an Order authorizing the employment of Michael Bonfanti, Esquire of The Chartwell Law Offices to represent the Debtor on both a contingent and/or hourly basis, as set forth herein, pursuant to 11 U.S.C. § 327.

**Dated: February 28, 2017.**

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

David A. Ray, P.A.
400 Southeast 12th Street, Building B
Fort Lauderdale, Florida 33316
Tel: (954) 399-0105
Email: dray@draypa.com

By:  */s/ David A. Ray*
 David A. Ray
Florida Bar No. 13871

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Application was furnished on February 28, 2017 by CM/ECF to the Office of the United States Trustee and all parties in interest.

*/s/David A. Ray*
David A. Ray