# Burnette Miller Wollermann, PLLC
## ATTORNEYS AT LAW
3020 N. Shannon Lakes Drive • Tallahassee, Florida  32309-2337
(850) 668-7900 • Fax (850) 668-7972 • www.bmwlaw-firm.com
Tallahassee-Pensacola-New Orleans

**NORTH FLORIDA OFFICE**
GUY E. BURNETTE, JR.
ALBERT J. WOLLERMANN[1]
MICHAEL J. BONFANTI[2]
MARY E. FIELDS, PARALEGAL
CINDY E. HANSON, PARALEGAL

[1]ALSO ADMITTED IN GEORGIA
[2]ALSO ADMITTED IN GEORGIA

3020 N. SHANNON LAKES DRIVE
TALLAHASSEE, FLORIDA 32309
(850) 668-7900
Fax: (850) 668-7972

**NORTHWEST FLORIDA OFFICE**
DOUGLAS F. MILLER
FAWN SPEARS, PARALEGAL

109 E. GARDEN STREET
SUITE B
PENSACOLA, FLORIDA 32502
(850) 912-6420
Fax: (850) 912-6424

**LOUISIANA OFFICE**
MICHAEL K. FITZPATRICK
ROBERT E. CARAWAY, III
DAVID POTE
ERIN POTTLE, PARALEGAL

FITZPATRICK & BURNETTE, LLC
541 JULIA STREET
SUITE 200
NEW ORLEANS, LOUISIANA 70130
(504) 581-7121
Fax: (504) 265-8746

May 17, 2016

**Via Email: jgoldmintz@blserviceinc.com**

Julie W. Goldmintz
Manager of Risk & Safety
B & L Service, Inc., d/b/a Yellow Cab
P.O. Box 950
Ft. Lauderdale, FL 33302

Re:  Claimant:      Robert Baxter
     Date/Accident: 09/14/2012
     Your File No.: UM09040-00

Dear Ms. Goldmintz:

 This letter is to inform you that effective June 1, 2016 Albert J. Wollermann and Michael J. Bonfanti will become partners with The Chartwell Law Offices, LLC in Tallahassee, Florida. Guy E. "Sandy" Burnette, Jr. will become "Of Counsel" with The Chartwell Law Offices, LLC. The law offices of *Burnette Miller Wollermann, PLLC* will close as a result of this restructuring and integration with the referenced law firms.  Douglas F. Miller will become a partner at the law offices of Kubicki Draper, P.A., in Pensacola, Florida.

 We want to be sure that there is no disadvantage to you, as the client, due to this change. The decision regarding how your case is continued to be handled, and by whom, is completely yours. Whatever you decide will be determinative. Please see the form below and indicate your decision as appropriate.

Sincerely,

BURNETTE MILLER WOLLERMANN, PLLC

*Mike*

Michael J. Bonfanti

# Exhibit A

Please, at your earliest opportunity:

(1) Check the appropriate statement reflecting your wishes.

(2) Retain a copy for your records.

(3) Return a signed copy to our office. To best protect your interests and promote continuity of representation, please respond quickly and fax/scan a copy of this document with your decision.

☒ I wish the current files to remain with and to continue being represented by Guy E. "Sandy" Burnette, Jr.; and/or Albert J. Wollermann; and/or Michael J. Bonfanti, and to have my file(s) reassigned and transferred to The Chartwell Law Offices, LLC.

☐ I wish to have my files transferred to Douglas F. Miller, at the law offices of Kubicki Draper, P.A., in Pensacola, Florida.

☐ I wish to now be represented by _____
(Name and address of lawyer/law firm.)*

* Irrespective of your choice, you remain responsible for any fees and costs already incurred. Any fees or costs may be deducted from any trust fund balance held by the firm. Should photocopying of documents be required in the transfer of a file to a different law office, you may be charged for the duplication of the file.

Julie Goldmintz                    [Signature]                     5/26/16
Printed Name                        Signature                       Date

* as previously agreed, fee for handling this file is 20% of the amount collected on behalf of Capital Transportation, Inc. Capital Transportation will pay all costs incurred with the handling of this lawsuit.

# Burnette Miller Wollermann, PLLC

## ATTORNEYS AT LAW

3020 N. Shannon Lakes Drive • Tallahassee, Florida  32309-2337
(850) 668-7900 • Fax (850) 668-7972 • www.bmwlaw-firm.com
Tallahassee-Pensacola-New Orleans

**NORTH FLORIDA OFFICE**
GUY E. BURNETTE, JR.
ALBERT J. WOLLERMANN[1]
MICHAEL J. BONFANTI[2]
MARY E. FIELDS, PARALEGAL
CINDY E. HANSON, PARALEGAL

[1] ALSO ADMITTED IN GEORGIA
[2] ALSO ADMITTED IN GEORGIA

3020 N. SHANNON LAKES DRIVE
TALLAHASSEE, FLORIDA 32309
(850) 668-7900
Fax: (850) 668-7972

**NORTHWEST FLORIDA OFFICE**
DOUGLAS F. MILLER
FAWN SPEARS, PARALEGAL

109 E. GARDEN STREET
SUITE B
PENSACOLA, FLORIDA 32502
(850) 912-6420
Fax: (850) 912-6424

**LOUISIANA OFFICE**
MICHAEL K. FITZPATRICK
ROBERT E. CARAWAY, III
DAVID POTE
ERIN POTTLE, PARALEGAL

FITZPATRICK & BURNETTE, LLC
541 JULIA STREET
SUITE 200
NEW ORLEANS, LOUISIANA 70130
(504) 581-7121
Fax: (504) 265-8746

May 17, 2016

**Via Email: jgoldmintz@blserviceinc.com**

Julie W. Goldmintz
Manager of Risk & Safety
B & L Service, Inc., d/b/a Yellow Cab
P.O. Box 950
Ft. Lauderdale, FL 33302

Re:  Claimant:        City Taxi, Inc.
     Date/Accident:   09/21/2012
     Your File No.:   UM09050-00

Dear Ms. Goldmintz:

This letter is to inform you that effective June 1, 2016 Albert J. Wollermann and Michael J. Bonfanti will become partners with The Chartwell Law Offices, LLC in Tallahassee, Florida. Guy E. "Sandy" Burnette, Jr. will become "Of Counsel" with The Chartwell Law Offices, LLC. The law offices of *Burnette Miller Wollermann, PLLC* will close as a result of this restructuring and integration with the referenced law firms.  Douglas F. Miller will become a partner at the law offices of Kubicki Draper, P.A., in Pensacola, Florida.

We want to be sure that there is no disadvantage to you, as the client, due to this change. The decision regarding how your case is continued to be handled, and by whom, is completely yours. Whatever you decide will be determinative. Please see the form below and indicate your decision as appropriate.

Sincerely,

BURNETTE MILLER WOLLERMANN, PLLC

*Mike*

Michael J. Bonfanti

May 17, 2016
Page 2 of 2

Please, at your earliest opportunity:

(1) Check the appropriate statement reflecting your wishes.

(2) Retain a copy for your records.

(3) Return a signed copy to our office. To best protect your interests and promote continuity of representation, please respond quickly and fax/scan a copy of this document with your decision.

✱ ☒ I wish the current files to remain with and to continue being represented by Guy E. "Sandy" Burnette, Jr.; and/or Albert J. Wollermann; and/or Michael J. Bonfanti, and to have my file(s) reassigned and transferred to The Chartwell Law Offices, LLC.

☐ I wish to have my files transferred to Douglas F. Miller, at the law offices of Kubicki Draper, P.A., in Pensacola, Florida.

☐ I wish to now be represented by _____.
(Name and address of lawyer/law firm.)*

* Irrespective of your choice, you remain responsible for any fees and costs already incurred. Any fees or costs may be deducted from any trust fund balance held by the firm. Should photocopying of documents be required in the transfer of a file to a different law office, you may be charged for the duplication of the file.

_Julie Goldmintz_  
Printed Name

_[Signature]_  
Signature

_5/26/16_  
Date

* As previously agreed, the fee for handling this file is 20% of the amount collected on behalf of Capital Transportation, Inc. Capital Transportation will pay all costs incurred with the handling of this lawsuit.

# Burnette Miller Wollermann, PLLC

## ATTORNEYS AT LAW

3020 N. Shannon Lakes Drive • Tallahassee, Florida 32309-2337
(850) 668-7900 • Fax (850) 668-7972 • www.bmwlaw-firm.com
Tallahassee-Pensacola-New Orleans

**NORTH FLORIDA OFFICE**
GUY E. BURNETTE, JR.
ALBERT J. WOLLERMANN [1]
MICHAEL J. BONFANTI [2]
MARY E. FIELDS, PARALEGAL
CINDY E. HANSON, PARALEGAL

[1] ALSO ADMITTED IN GEORGIA
[2] ALSO ADMITTED IN GEORGIA

3020 N. SHANNON LAKES DRIVE
TALLAHASSEE, FLORIDA 32309
(850) 668-7900
Fax: (850) 668-7972

**NORTHWEST FLORIDA OFFICE**
DOUGLAS F. MILLER
FAWN SPEARS, PARALEGAL

109 E. GARDEN STREET
SUITE B
PENSACOLA, FLORIDA 32502
(850) 912-6420
Fax: (850) 912-6424

**LOUISIANA OFFICE**
MICHAEL K. FITZPATRICK
ROBERT E. CARAWAY, III
DAVID POTE
ERIN POTTLE, PARALEGAL

FITZPATRICK & BURNETTE, LLC
541 JULIA STREET
SUITE 200
NEW ORLEANS, LOUISIANA 70130
(504) 581-7121
Fax: (504) 265-8746

May 17, 2016

**Via Email**: jgoldmintz@blserviceinc.com

Julie W. Goldmintz
Manager of Risk & Safety
B & L Service, Inc., d/b/a Yellow Cab
P.O. Box 950
Ft. Lauderdale, FL 33302

Re:  Claimant:        Jeff Fisher
     Date/Accident:   08/04/2012
     Your File No.:   UM08015-00

Dear Ms. Goldmintz:

This letter is to inform you that effective June 1, 2016 Albert J. Wollermann and Michael J. Bonfanti will become partners with The Chartwell Law Offices, LLC in Tallahassee, Florida. Guy E. "Sandy" Burnette, Jr. will become "Of Counsel" with The Chartwell Law Offices, LLC. The law offices of *Burnette Miller Wollermann, PLLC* will close as a result of this restructuring and integration with the referenced law firms. Douglas F. Miller will become a partner at the law offices of Kubicki Draper, P.A., in Pensacola, Florida.

We want to be sure that there is no disadvantage to you, as the client, due to this change. The decision regarding how your case is continued to be handled, and by whom, is completely yours. Whatever you decide will be determinative. Please see the form below and indicate your decision as appropriate.

Sincerely,

BURNETTE MILLER WOLLERMANN, PLLC

*Mike*

Michael J. Bonfanti

May 17, 2016
Page 2 of 2

Please, at your earliest opportunity:

(1) Check the appropriate statement reflecting your wishes.

(2) Retain a copy for your records.

(3) Return a signed copy to our office. To best protect your interests and promote continuity of representation, please respond quickly and fax/scan a copy of this document with your decision.

\* ☒ I wish the current files to remain with and to continue being represented by Guy E. "Sandy" Burnette, Jr.; and/or Albert J. Wollermann; and/or Michael J. Bonfanti, and to have my file(s) reassigned and transferred to The Chartwell Law Offices, LLC.

☐ I wish to have my files transferred to Douglas F. Miller, at the law offices of Kubicki Draper, P.A., in Pensacola, Florida.

☐ I wish to now be represented by _____.
(Name and address of lawyer/law firm.)*

* Irrespective of your choice, you remain responsible for any fees and costs already incurred. Any fees or costs may be deducted from any trust fund balance held by the firm. Should photocopying of documents be required in the transfer of a file to a different law office, you may be charged for the duplication of the file.

Julie Goldmintz   _[signature]_   5/26/16
Printed Name      Signature        Date

*As previously agreed, the fee for handling this file is 20% of the amount collected on behalf of Capital Transportation, Inc. Capital Transportation will pay all costs incurred with the handling of this lawsuit.