UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:                                                          Chapter 11

CAPITAL TRANSPORTATION, INC.              Case No.: 17-11664-JKO

             Debtor.
_____/

**EMERGENCY MOTION FOR (I) INJUNCTIVE RELIEF, (II) TURNOVER OF
ESTATE PROPERTY, AND (III) ATTORNEY'S FEES AND COSTS
<u>STEMMING FROM VIOLATION OF THE AUTOMATIC STAY</u>**
**EMERGENCY HEARING REQUESTED**

*Hearing Respectfully Requested on or Before Friday, March 3, 2017.*

**STATEMENT PURSUANT TO LOCAL RULE 9075-1:**

**Notwithstanding proper notice of the imposition of the automatic stay pursuant to 11
U.S.C. § 362, a creditor and/or Suntrust Bank have continued to garnish the
Debtor's bank accounts post-petition, in the total amount of not less than
$144,913.06. The garnished amounts represent operating revenues necessary for the
Debtor's business operations, resulting in immediate, substantial and continuing harm.**

Capital Transportation, Inc. (the "Debtor"), by and through its undersigned
counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure and 11 U.S.C. §
542, files this Emergency Motion for (I) Injunctive Relief, (II) Turnover of Estate
Property, and Attorney's Fees and Costs Stemming from Violation of the Automatic Stay
(the "Motion"), and as grounds, states as follows:

**<u>PROCEDURAL HISTORY</u>**

1.      On February 10, 2017, the Debtor filed a Voluntary Petition for Relief
under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy
Court for the Southern District of Florida (the "Petition Date").

2.     As of the Petition Date, the Debtor maintained three (3) accounts (the "Bank Accounts") at Suntrust Bank ("Suntrust"), as described in its bankruptcy Schedule "B".[1]

3.     On information and belief, as of the Petition Date, Suntrust had already been served with a writ of garnishment (the "Writ Garnishment") in connection with the outstanding debts owed to Cedric Jones ("Jones") and Marie A. Mattox ("Mattox").[2]

4.     On the Petition Date, former counsel for the Debtor, Charles M. Tatelbaum, Esquire ("Tatelbaum"), sent an electronic mail communication to Mattox, advising her of the Debtor's bankruptcy filing and the imposition of the automatic stay pursuant to 11 U.S.C. § 362. *See* **Exhibit "A"**.

5.     Mattox responded to the aforementioned communication by stating that she would "consent to the stay". **Exhibit "A"**.

6.     Notwithstanding being advised of the bankruptcy filing, and Tatelbaum's timely demand that she vacate the Writ of Garnishment, Mattox apparently took no action and allowed the Writ to persist.

7.     On February 24, 2017, undersigned counsel, concerned that no action had been taken by Mattox, sent an electronic mail to Timothy B. Cronin ("Cronin"), a senior vice president for Suntrust and the Debtor's banking liaison, advising Cronin of the bankruptcy filing and the imposition of the automatic stay. *See* **Exhibit "B"**.

---

[1] Ending in account numbers 4396, 5129, and 5573 respectively. On February 22, 2017, Debtor filed its Motion for Maintenance of Existing Bank Accounts [ECF No. 15] (the "Motion"). A hearing was held on the Motion on February 28, 2017, and the Motion was granted on an interim basis. As of this filing, the order  is pending.

[2] Said debts arise from judgment awards on damages and attorneys fees entered against the Debtor in the United States District Court, Northern District of Florida in 2015 and 2016. Case No. 14-cv-00015-RH-CAS (the "District Court Case").

8.      On February 27, 2017, Cronin sent an electronic mail acknowledging that post-petition debits had been made against the Bank Accounts as a result of the Writ of Garnishment. *See* **Exhibit "C"**.

9.      On February 27, 2017, the undersigned responded to Cronin, reiterating that the automatic stay was in place, and seeking to confirm the amounts debited during the post-petition period. *See* **Exhibit "D"**.

10.      Incredibly, notwithstanding both Mattox and SunTrust being on notice of bankruptcy filing and the imposition of the stay, SunTrust continued to levy against the Bank Accounts, with a total of not less than $58,508.32 being garnished on February 27, 2017.

11.      On February 28, 2017, undersigned counsel sent a follow-up email to Cronin, inquiring as to why the garnishment was continuing to occur. Cronin responded by stating that Suntrust's legal department would contact the undersigned.[3] **Exhibit "E"**.

12.      On February 28, 2017, an additional $35,332.19 was garnished from the Bank Accounts.

13.      On February 28, 2017, Suntrust filed its Answer of the Garnishee in the District Court case, confirming that it had garnished a total of $144,813.06 from the Debtor. *See* the attached **Exhibit "F"**.

14.      As of the filing of this Motion, despite being on ample notice of the bankruptcy filing and the imposition of the automatic stay, Jones, Mattox and Suntrust have seized not less than $144,913.06 during the post-petition period from the Bank Accounts.

---

[3] As of the filing of this Motion, no such contact has been made.

## RELIEF REQUESTED

15.     By way of this Motion, the Debtor seeks the issuance of a preliminary injunction, enjoining Jones, Mattox and/or Suntrust from undertaking any further garnishment activity against the Bank Accounts.

16.     Rule 65 of the Federal Rules of Civil Procedure, made applicable by Rule 7065 of the Federal Rule of bankruptcy Procedure, permit this Court to issue a preliminary injunction on notice to the adverse parties.

17.     Undersigned counsel respectfully submits that Jones, Mattox and/or Suntrust have been well advised as to the imposition of the automatic stay, and have willfully continued collection efforts notwithstanding.

18.     Additionally, the Debtor submits that (i) the Bank Accounts constitute property of the bankruptcy estate, (ii) Mattox was on notice of the bankruptcy filing as early as February 10, 2017, and (iii) Suntrust had actual notice of the bankruptcy filing no later than February 24, 2017.

19.     Notwithstanding such notice, Mattox and/or Suntrust continued to levy against the Bank Accounts.

20.     The Debtor submits that the entire amount of $144,813.06, in addition to such other amounts as may have been garnished subsequent to February 28, 2017, be turned over to the Debtor pursuant to 11 U.S.C. 542(a).

21.     Furthermore, the Debtor seeks entry on an order, pursuant to 11 U.S.C. §§ 362(a), (k), and 105(a), and Federal Rules of Bankruptcy Procedure 9020 and 9014, holding Mattox and/or Suntrust in civil contempt and awarding appropriate sanctions,

including actual damages, due to Mattox and/or Suntrust's violation(s) of the automatic stay.

22.    11 U.S.C. §§ 362(a) prohibits "any act to obtain possession of the estate or of property from the estate or to exercise control over property of the estate," and §105(a) allows "[t]he court [to] issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." The Eleventh Circuit Court of Appeals has held that bankruptcy courts may impose sanctions for violations of the automatic stay by their statutory civil contempt powers under section 105(a), which sanctions may include monetary and injunctive-type relief if warranted under the circumstances. *Jove Eng'g, Inc., v. IRS*, 92 F.3d 1539, 1554 (11th Cir. 1996) ("Therefore, we conclude §105(a) grants courts independent statutory powers to award monetary and other forms of relief for automatic stay violations to the extent such awards are 'necessary or appropriate' to carry out the provisions of the Bankruptcy Code.").

23.    Damages may be awarded for a violation of the automatic stay when the violation is "willful." *Id.* at 1555. A violation of the automatic stay is "willful if the violator (1) knew of the automatic stay and (2) intentionally committed the violative act, regardless whether the violator specifically intended to violate the stay." *Id.* In the present case, both Mattox and Suntrust were well aware of the automatic stay, and an award of damages is appropriate.

23.    In this case, the Debtor's damages are easily quantifiable as the amount of attorneys' fees and costs incurred by the Debtor in the preparation of this Motion through appearance at any hearing held thereon.[4]

---

[4] Conservatively estimated at the time of this Motion at 5.2 total hours, at $350.00 per hour, for a total amount of $1,820.00.

Wherefore, the Debtor seeks the entry of an order (1) enjoining Jones, Mattox and Suntrust from undertaking any further actions to garnish the Bank Accounts, pending further order of this Court (ii) directing Suntrust and/or Mattox to turnover the dollar amount of $144,813.06, in addition to such other amounts as may be appropriate in light of the facts set forth herein, within ten (10) days of any hearing held upon this Motion, (iii) finding Jones, Mattox and Suntrust in violation of the automatic stay and awarding appropriate sanctions against Suntrust and/or Mattox, and (iv) granting such other and further relief as may be just and proper.

**Dated: March 1, 2017.**

> David A. Ray, P.A.
> Counsel for Capital Transportation, Inc.
> 400 Southeast 12th Street, Building B
> Fort Lauderdale, Florida 33316
> Tel: (954) 399-0105
>
> By: _/s/ David A Ray_____
> David A Ray
> Florida Bar No. 13871
> Email:dray@draypa.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 1, 2017, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest as reflected on the attached service list on this day by mail, or via transmission of Notices of Electronic Filing generated by CM/ECF.

> _/s/ David A. Ray_____
> David A. Ray

<u>**SERVICE LIST**</u>

**ELECTRONIC ECF NOTICE**
**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**A true and correct copy of this filing will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Debtor Capital Transportation, Inc.
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com

**A true and correct copy of this filing will be sent via certified U.S. Mail to:**

William H. Rogers, Jr.
SunTrust Plaza
303 Peachtree Street Northeast
Atlanta, GA 30308-3201

**A true and correct copy of this filing will be sent via First Class U.S. Mail to:**

Cedrick Jones
1223 Athens Court
Tallahassee, FL 32305

Marie Mattox, Esq.
Marie Mattox Law Office
310 Bradford Road
Tallahassee, FL 32303

**David Ray**

| | |
|---|---|
| **From:** | David Ray <dray@draypa.com> |
| **Sent:** | Wednesday, March 01, 2017 10:25 AM |
| **To:** | dray@draypa.com |
| **Subject:** | RE: Jones v Capital Transportation, Inc. |

**From:** Marie Mattox [mailto:marie@mattoxlaw.com]
**Sent:** Friday, February 10, 2017 10:39 PM
**To:** Charles M. Tatelbaum
**Cc:** Christina V. Paradowski
**Subject:** RE: Jones v Capital Transportation, Inc.

I will consent to the stay

Marie A. Mattox, Esquire
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, Florida 32303
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
E-Mail (Office): marie@mattoxlaw.com

*May those who love us, love us, And those that don't love us, May God turn their hearts; And if He doesn't turn their hearts, May he turn their ankles, So we'll know them, By their Limping.  –Author Unknown*

IMPORTANT NOTICE REGARDING EMAIL COMMUNICATIONS: We encourage the use of email as a method of communicating with us. However, please keep in mind the following: (1) Clients should never use computers maintained or monitored by others (e.g., work; public computers) when communicating with us about sensitive or attorney-client matters. (2) Incoming emails may not be read immediately. Your intended recipient may be out of the office for an extended period, or may be working on projects away from the computer. If your email communication is time-sensitive, we strongly recommend that you also call us to ensure that we are aware of your email. (3) We use automated filters to block viruses and unwanted emails. It is possible they may not recognize your email address and prevent your emails from being properly delivered. We strongly recommend that you call us if we have not responded to your email within a reasonable time or if the matter is time-sensitive. Information in this email may be protected from distribution by state or federal law. If you are not the intended recipient of this communication, you are hereby notified that state and/or federal law may restrict, prohibit and/or render unlawful and punishable by fine or imprisonment the unintended use, copying or distribution of this communication. If you have received this e-mail in error, please e-mail the sender immediately upon receipt for further instruction.

**From:** Charles M. Tatelbaum [mailto:cmt@TrippScott.com]
**Sent:** Friday, February 10, 2017 5:08 PM
**To:** Marie Mattox
**Cc:** Christina V. Paradowski
**Subject:** Jones v Capital Transportation, Inc.

Ms. Mattox:

As you may recall, I represent Capital Transportation, Inc.

# Exhibit A

Today, Capital Transportation, Inc. filed a voluntary Petition under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of Florida (Case No. 17- 11664).  Pursuant to Section 362 of the Bankruptcy Code, this filing acts as an automatic stay of any litigation against Capital, as well as staying any action to obtain assets or a lien against assets of Capital.

I have been made aware of your client's garnishment of a Capital bank account.  As you may be aware, the obtaining of a judicial lien on assets of a debtor within 90 days of filing a bankruptcy proceeding will be declared void by the bankruptcy court.  Please immediately advise me if you will voluntarily vacate the garnishment on the bank account.  If not, I will have to schedule an emergency hearing before the bankruptcy court seeking injunctive relief early next week.

Charles Tatelbaum



Charles M. Tatelbaum

**Director**
phone  954-525-7500  |  fax 954-761-8475  |  direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 |  www.trippscott.com
*Best Place to Work*  |  *Florida Trend*  |  *South Florida Business Journal*

Admitted in Florida and Maryland
Member of the Board of Visitors of the Francis King Carey School of Law at the University of Maryland.

**This Firm is deemed a "debt collector" under the Fair Debt Collection Practices Act.  A portion of our practice involves the collection of debt and any information obtained may be used for that purpose.**

_____

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

_____

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution

or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

3

**David Ray**

| | |
|---|---|
| **From:** | David Ray <dray@draypa.com> |
| **Sent:** | Friday, February 24, 2017 2:27 PM |
| **To:** | 'Timothy.Cronin@suntrust.com' |
| **Cc:** | 'Jim Murray' |
| **Subject:** | In re Capital Transportation, Case No. 17-11664-JKO |
| | |
| **Importance:** | High |

Mr. Cronin,

I left you a telephone message yesterday. I am the attorney for Capital Transportation, Inc., which filed for Chapter 11 protection on February 10, 2017. I need to ascertain the present status of the Debtor's bank accounts, both as of today and as of February 10, 2017. Please contact me at your earliest convenience.

Thank you,

**David A. Ray**
**David A. Ray, P.A.**
**400 Southeast 12th Street, Building B**
**Fort Lauderdale, Florida 33316**
**Telephone: 954-399-0105**
**dray@draypa.com**

# Exhibit B

1

**David Ray**

| | |
|---|---|
| **From:** | Cronin.Timothy <Timothy.Cronin@SunTrust.com> |
| **Sent:** | Monday, February 27, 2017 10:11 AM |
| **To:** | dray@draypa.com; Jim Murray |
| **Cc:** | Hernandez.Olga |
| **Subject:** | FW: Capital Transportation |
| | |
| **Importance:** | High |

Good morning David:

Per our conversation the answers to the questions are as follows:

Please provide the following:

- When did we receive the notice of garnishment?

| Short Description | Legal Order |
|---|---|
| **Start Date** | 02/08/2017 |
| **End Date** | 12/30/9999 |

- Please confirm which accounts are currently frozen and when this occurred.

| | | | | |
|---|---|---|---|---|
| ████████4396 | 040 | Business Checking ... | Sole Owner | -$641,291.44 |
| ████████5129 | 040 | Business Checking ... | Sole Owner | -$702,730.00 |
| ████████5573 | 040 | Business Checking ... | Sole Owner | -$702,164.00 |

- Please provide information on the transactions of accounts post February 8, 2017

`04396`

```
       02/08       168.59    CR 562 30 7038008577168 CCSI          FUNDING
•                 2,439.29    CR 562 30 7038008359062 204VERIFONE VTS Driver Pay
•                 1,055.00    CR 562 30 7039010030847 SUNTRUST MERCHNT0275258465
02/09      2,516.94    CR 562 30 7039011103288 204VERIFONE VTS Driver Pay
          13,467.45    CR 562 30 7039011141330 EMSC          020817MTAC
             383.56    CR 562 30 7040002749948 SUNTRUST MERCHNT0275258465
          15,000.00    DB 562 50 7039011637889 PD ITEM      39011637889
02/10         79.33    CR 562 30 7040003582987 CCSI          FUNDING
             172.25    CR 562 30 7040003407214 CITY/TALLAHASSEECCD+MISC
           3,097.03    CR 562 30 7040003403020 204VERIFONE VTS Driver Pay
             133.85    CR 562 30 7041005220332 SUNTRUST MERCHNT0275258465
02/13         35.13    CR 562 30 7044006220508 CCSI          FUNDING
              55.00    CR 562 30 7044006138857 204VERIFONE VTS Driver Pay
           2,349.69    CR 562 30 7044006065178 204VERIFONE VTS Driver Pay
               5.75    CR 562 30 7044007888803 SUNTRUST MERCHNT0275258465
              87.00    CR 562 30 7044007860263 SUNTRUST MERCHNT0275258465
02/13         50.00    CR 562 30 7044008369811 SUNTRUST MERCHNT0275258465
          43,014.73    DB 951 20    30218804 LGL ORD DB      315213
           4,496.48    DB 821 50 7041005881180 PD ITEM      41005881180
02/14      7,055.99    CR 562 30 7044009057056 204VERIFONE VTS Driver Pay
              16.45    CR 562 30 7045009887386 CCSI          FUNDING
02/15      2,467.63    CR 562 30 7045011687957 204VERIFONE VTS Driver Pay
              53.03    CR 562 30 7046002287697 CCSI          FUNDING
             376.00    CR 562 30 7046002373456 36  TREAS 310  MISC PAY
02/15        731.15    CR 562 30 7046003470037 SUNTRUST MERCHNT0275258465
02/16      2,361.86    CR 562 30 7046004803294 204VERIFONE VTS Driver Pay
```

Exhibit C

```
       9,000.00    CR 562 30 7046004846988 EMSC        021517MTAC
          19.49    CR 562 30 7047005497424 CCSI        FUNDING
         173.20    CR 562 30 7047006836399 SUNTRUST MERCHNT0275258465
      15,000.00    DB 821 50 7046005322702 PD ITEM    46005322702    0

02/17    2,737.65    CR 562 30 7047007775571 204VERIFONE VTS Driver Pay
          65.54    CR 562 30 7048008338558 CCSI        FUNDING
02/17      30.00    CR 562 30 7048009434906 SUNTRUST MERCHNT0275258465
       3,036.75    CR 406 20    74078529 ONLN CKDEP        1    15
       5,265.40    CR 406 20    74079731 ONLN CKDEP        1    3
02/21      39.30    CR 562 30 7052000540183 CCSI        FUNDING
       2,061.69    CR 562 30 7052000334102 204VERIFONE VTS Driver Pay
       5,958.21    CR 562 30 7052001330832 204VERIFONE VTS Driver Pay
           8.12    CR 562 30 7052000066036 SUNTRUST MERCHNT0275258465
          97.16    CR 562 30 7052000037962 SUNTRUST MERCHNT0275258465
         150.00    CR 562 30 7052003390805 SUNTRUST MERCHNT0275258465
02/22    2,920.05    CR 562 30 7052004311593 204VERIFONE VTS Driver Pay
          83.35    CR 562 30 7053005146197 CCSI        FUNDING
         294.60    CR 562 30 7053006444440 SUNTRUST MERCHNT0275258465

02/23       4.17    CR 562 30 7053007923694 CCSI        FUNDING
       2,991.90    CR 562 30 7053007669400 204VERIFONE VTS Driver Pay
       1,651.25    CR 406 20    75097984 ONLN CKDEP        1    4
         500.90    CR 562 30 7054009664608 SUNTRUST MERCHNT0275258465
02/24    3,682.58    CR 562 30 7054010394947 204VERIFONE VTS Driver Pay
          65.00    CR 562 30 7055002568814 SUNTRUST MERCHNT0275258465
```

35129
```
02/13    6,060.24    DB 951 20    30218806 LGL ORD DB    315213    0
```

25573
```
02/08      10.00    CR 620 20    30085980 DEPOSIT        33
          43.00    CR 620 20    30085982 DEPOSIT        1090
          80.00    CR 620 20    30085966 DEPOSIT        1342
02/08      17.00    CR 620 20    74111233 DEPOSIT        1334    0
          32.00    CR 620 20    74111217 DEPOSIT        1313    0
02/13    1,897.58    DB 951 20    30218802 LGL ORD DB    315213    0
         100.00    DB 958 20    30218800 LO PRC FEE    315213    0
02/17      40.00    CR 620 20    31059325 DEPOSIT        910    0
          76.00    CR 620 20    31117748 DEPOSIT        1110    0
02/22     450.00    CR 620 20    30072199 DEPOSIT        1362    0
```

Please advise if you have any addition questions.

Timothy B. Cronin
Senior Vice President, Commercial Banking
**SunTrust Bank**

Take a step toward financial confidence.

Join the movement at onUp.com.

Office: 954.765.7281
Mobile: 954.258.0090
Mail Code FL-Fort Lauderdale-1073
515 East Las Olas Blvd., 7th FL
Fort Lauderdale, FL 33301

LEGAL DISCLAIMER
The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.
By replying to this e-mail, you consent to SunTrust's monitoring activities of all communication that occurs on SunTrust's systems.
SunTrust is a federally registered service mark of SunTrust Banks, Inc.
[ST:XCL]

**David Ray**

| | |
|---|---|
| **From:** | David Ray <dray@draypa.com> |
| **Sent:** | Monday, February 27, 2017 1:41 PM |
| **To:** | 'Cronin.Timothy'; 'Jim Murray' |
| **Cc:** | 'Hernandez.Olga' |
| **Subject:** | RE: Capital Transportation |

**Importance:**        High

Timothy,

Thank you. Obviously, with the imposition of the automatic stay on 2/10/17, there should be no further money extracted from the Debtor's accounts in response to any writ of garnishment. Please let me know if you require a specific court order to that effect, though I believe the order for relief entered upon the filing of the bankruptcy petition should be more than sufficient.

So that I may be fully advised, please confirm that I show the following withdrawals as having been enacted post-petition, and in response to the writ of garnishment:

1)      2/13, 43,014.73   DB 951 20    30218804 LGL ORD DB    315213
2)      2/13 , 6,060.24   DB 951 20    30218806 LGL ORD DB    315213
3)       2/13, 1,897.58   DB 951 20    30218802 LGL ORD DB    315213
4)       2/13, 100.00   DB 958 20    30218800 LO PRC FEE    315213

For a total post-petition garnishment of $51,072.55. Is that amount still being held by the bank, or has it been sent to the party that filed the writ? Please advise. Those funds will need to be recovered for the Debtor.

**David A. Ray**
**David A. Ray, P.A.**
**400 Southeast 12th Street, Building B**
**Fort Lauderdale, Florida 33316**
**Telephone: 954-399-0105**
**dray@draypa.com**

**From:** Cronin.Timothy [mailto:Timothy.Cronin@SunTrust.com]
**Sent:** Monday, February 27, 2017 10:11 AM
**To:** dray@draypa.com; Jim Murray <JMurray@blserviceinc.com>
**Cc:** Hernandez.Olga <Olga.Hernandez@Suntrust.com>
**Subject:** FW: Capital Transportation
**Importance:** High

Good morning David:

Per our conversation the answers to the questions are as follows:

Please provide the following:
- When did we receive the notice of garnishment?

| Short Description | Legal Order |
|---|---|
| Start Date | 02/08/2017 |
| End Date | 12/30/9999 |

- Please confirm which accounts are currently frozen and when this occurred.



Exhibit D

| | | | | | |
|---|---|---|---|---|---|
| ████04396 | 040 | Business Checking ... | Sole Owner | -$641,291.44 |
| ████35129 | 040 | Business Checking ... | Sole Owner | -$702,730.00 |
| ████25573 | 040 | Business Checking ... | Sole Owner | -$702,164.00 |

- Please provide information on the transactions of accounts post February 8, 2017

**04396**

- 02/08      168.59    CR 562 30 7038008577168 CCSI          FUNDING
- 2,439.29   CR 562 30 7038008359062 204VERIFONE VTS Driver Pay
- 1,055.00   CR 562 30 7039010030847 SUNTRUST MERCHNT0275258465

02/09   2,516.94   CR 562 30 7039011103288 204VERIFONE VTS Driver Pay
13,467.45   CR 562 30 7039011141330 EMSC          020817MTAC
383.56   CR 562 30 7040002749948 SUNTRUST MERCHNT0275258465
15,000.00   DB 821 50 7039011637889 PD ITEM      39011637889
02/10     79.33   CR 562 30 7040003582987 CCSI          FUNDING
172.25   CR 562 30 7040003407214 CITY/TALLAHASSEECCD+MISC
3,097.03   CR 562 30 7040003403020 204VERIFONE VTS Driver Pay
133.85   CR 562 30 7041005220332 SUNTRUST MERCHNT0275258465
02/13     35.13   CR 562 30 7044006220508 CCSI          FUNDING
55.00   CR 562 30 7044006138857 204VERIFONE VTS Driver Pay
2,349.69   CR 562 30 7044006065178 204VERIFONE VTS Driver Pay
5.75   CR 562 30 7044007888803 SUNTRUST MERCHNT0275258465
87.00   CR 562 30 7044007860263 SUNTRUST MERCHNT0275258465
02/13     50.00   CR 562 30 7044008369811 SUNTRUST MERCHNT0275258465
43,014.73   DB 951 20   30218804 LGL ORD DB      315213
4,496.48   DB 821 50 7041005881180 PD ITEM      41005881180
02/14   7,055.99   CR 562 30 7044009057056 204VERIFONE VTS Driver Pay
16.45   CR 562 30 7045009887386 CCSI          FUNDING
02/15   2,467.63   CR 562 30 7045011687957 204VERIFONE VTS Driver Pay
53.03   CR 562 30 7046002287697 CCSI          FUNDING
376.00   CR 562 30 7046002373456 36   TREAS 310   MISC PAY
02/15   731.15   CR 562 30 7046003470037 SUNTRUST MERCHNT0275258465
02/16   2,361.86   CR 562 30 7046004803294 204VERIFONE VTS Driver Pay
9,000.00   CR 562 30 7046004846988 EMSC          021517MTAC
19.49   CR 562 30 7047005497424 CCSI          FUNDING
173.20   CR 562 30 7047006836399 SUNTRUST MERCHNT0275258465
15,000.00   DB 821 50 7046005322702 PD ITEM      46005322702      0

02/17   2,737.65   CR 562 30 7047007775571 204VERIFONE VTS Driver Pay
65.54   CR 562 30 7048008338558 CCSI          FUNDING
02/17     30.00   CR 562 30 7048009434906 SUNTRUST MERCHNT0275258465
3,036.75   CR 406 20   74078529 ONLN CKDEP      1   15
5,265.40   CR 406 20   74079731 ONLN CKDEP      1   3
02/21     39.30   CR 562 30 7052000540183 CCSI          FUNDING
2,061.69   CR 562 30 7052000334102 204VERIFONE VTS Driver Pay
5,958.21   CR 562 30 7052001330832 204VERIFONE VTS Driver Pay
8.12   CR 562 30 7052000066036 SUNTRUST MERCHNT0275258465
97.16   CR 562 30 7052000037962 SUNTRUST MERCHNT0275258465
150.00   CR 562 30 7052003390805 SUNTRUST MERCHNT0275258465
02/22   2,920.05   CR 562 30 7052004311593 204VERIFONE VTS Driver Pay
83.35   CR 562 30 7053005146197 CCSI          FUNDING
294.60   CR 562 30 7053006444440 SUNTRUST MERCHNT0275258465

02/23     4.17   CR 562 30 7053007923694 CCSI          FUNDING

```
     2,991.90   CR 562 30 7053007669400 204VERIFONE VTS Driver Pay
     1,651.25   CR 406 20    75097984 ONLN CKDEP        1    4
       500.90   CR 562 30 7054009664608 SUNTRUST MERCHNT0275258465
02/24  3,682.58   CR 562 30 7054010394947 204VERIFONE VTS Driver Pay
        65.00   CR 562 30 7055002568814 SUNTRUST MERCHNT0275258465
```

35129
```
02/13   6,060.24   DB 951 20    30218806 LGL ORD DB    315213    0
```

25573
```
02/08     10.00   CR 620 20    30085980 DEPOSIT        33
          43.00   CR 620 20    30085982 DEPOSIT        1090
          80.00   CR 620 20    30085966 DEPOSIT        1342
02/08     17.00   CR 620 20    74111233 DEPOSIT        1334    0
          32.00   CR 620 20    74111217 DEPOSIT        1313    0
02/13   1,897.58   DB 951 20    30218802 LGL ORD DB    315213    0
         100.00   DB 958 20    30218800 LO PRC FEE     315213    0
02/17     40.00   CR 620 20    31059325 DEPOSIT        910    0
          76.00   CR 620 20    31117748 DEPOSIT        1110    0
02/22    450.00   CR 620 20    30072199 DEPOSIT        1362    0
```

Please advise if you have any addition questions.

Timothy B. Cronin
Senior Vice President, Commercial Banking
**SunTrust Bank**

**Take a step toward financial confidence.**
**Join the movement at onUp.com.**

Office: 954.765.7281
Mobile: 954.258.0090
Mail Code FL-Fort Lauderdale-1073
515 East Las Olas Blvd., 7th FL
Fort Lauderdale, FL 33301

LEGAL DISCLAIMER
The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.
By replying to this e-mail, you consent to SunTrust's monitoring activities of all communication that occurs on SunTrust's systems.
SunTrust is a federally registered service mark of SunTrust Banks, Inc.
[ST:XCL]

**David Ray**

| | |
|---|---|
| **From:** | Cronin.Timothy <Timothy.Cronin@SunTrust.com> |
| **Sent:** | Tuesday, February 28, 2017 3:15 PM |
| **To:** | David Ray; Jim Murray |
| **Subject:** | RE: 2 more garnishments from Cap Trans accounts on 2/27/17 |

David:

Thank you for providing the information concerning the bankruptcy petition. John Barry from our legal group will be contacting you directly.

Have a great rest of the day.

Timothy B. Cronin
Senior Vice President, Commercial Banking
**SunTrust Bank**

**Take a step toward financial confidence.**
**Join the movement at onUp.com.**

Office: 954.765.7281
Mobile: 954.258.0090
Mail Code FL-Fort Lauderdale-1073
515 East Las Olas Blvd., 7th FL
Fort Lauderdale, FL 33301

---

**From:** David Ray [mailto:dray@draypa.com]
**Sent:** Tuesday, February 28, 2017 1:47 PM
**To:** Cronin.Timothy
**Subject:** RE: 2 more garnishments from Cap Trans accounts on 2/27/17

Please see the attached.

**David A. Ray**
**David A. Ray, P.A.**
**400 Southeast 12th Street, Building B**
**Fort Lauderdale, Florida 33316**
**Telephone: 954-399-0105**
**dray@draypa.com**

---

**From:** David Ray [mailto:dray@draypa.com]
**Sent:** Tuesday, February 28, 2017 1:36 PM
**To:** 'Cronin.Timothy' <Timothy.Cronin@SunTrust.com>
**Cc:** 'John Camillo' <jcamillo@blserviceinc.com>; 'Jim Murray' <JMurray@blserviceinc.com>
**Subject:** FW: 2 more garnishments from Cap Trans accounts on 2/27/17
**Importance:** High

Mr. Cronin,

I've just been advised that Capital Transportation had $57,942.32 was debited from its operating bank account (4396), and 566.00 was debited from the Driver Direct Deposit (5573) account YESTERDAY, apparently in connection with the

Exhibit E

hold on the accounts.  This was after the bank had been put on notice that Capital Transportation had filed for bankruptcy protection. Please contact me immediately.

**David A. Ray**
**David A. Ray, P.A.**
**400 Southeast 12th Street, Building B**
**Fort Lauderdale, Florida 33316**
**Telephone: 954-399-0105**
**dray@draypa.com**

LEGAL DISCLAIMER
The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.
By replying to this e-mail, you consent to SunTrust's monitoring activities of all communication that occurs on SunTrust's systems.
SunTrust is a federally registered service mark of SunTrust Banks, Inc.
[ST:XCL]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO:     4:14cv15-RH/CAS

CEDRICK JONES,

        Plaintiff(s),

vs.

CAPITAL TRANSPORTATION INC,

        Defendant(s),

and

SUNTRUST BANK

        Garnishee,

_____/

ANSWER OF THE GARNISHEE, SUNTRUST BANK

        Garnishee, SUNTRUST BANK, hereby Answers the Writ of Garnishment ("Writ')

served upon it as follows:

        1.     Garnishee had at the time of service of the Writ, plus sufficient time not to

exceed one (1) business day, at the time of making this Answer and at all times between such

periods, as designated:

| | |
|---|---|
| **CAPITAL TRANSPORTATION INC**<br>**PO BOX 950**<br>**FORT LAUDERDALE FL 33302-0950**<br>**Account # ending in 4396**<br>**Amount Held: $136,289.24** | **CAPITAL TRANSPORTATION INC**<br>**PETTY CASH ACCOUNT**<br>**PO BOX 950**<br>**FORT LAUDERDALE FL 33302-0950**<br>**Account # ending in 5129**<br>**Amount Held: $6,060.24** |

# Exhibit F

**CAPITAL TRANSPORTATION INC**
**DIRECT DEPOSIT ACCT**
**221 W OAKLAND PARK BLVD**
**WILTON MANORS FL 33311-1757**
**Account # ending in 5573**
**Amount Held: $2,463.58**

**Garnishee has retained $144,813.06 pursuant to the Writ.**

2.      Prior to retaining the sum described above, Garnishee has offset an administrative fee of $100.00 as allowed by Garnishee's deposit agreement and not as an attorney fee.

3.      Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or control at the time of service of the Writ, nor at any time between such periods.

4.      Pursuant to Florida Statute 77.06(2), Garnishee does not know of any other person, firm, or corporation which has an ownership interest in the involved property or may have any of the goods and possessions of said Defendant, at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, in its or their possession or control.

5.      Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal Law.

## DEMAND FOR GARNISHMENT DEPOSIT

6.      The undersigned counsel, a member of the Florida Bar and attorney for Garnishee, SUNTRUST BANK, has prepared this Answer to the Writ. If applicable, pursuant to Section 77.28, Florida Statutes, as amended effective July 1, 2014, the Plaintiff/Plaintiff's Counsel shall pay and remit the $100.00 attorney fee directly to SUNTRUST BANK. Alternatively, if funds are already on deposit with the Clerk of Court, the Garnishee hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having legal representation in this garnishment action, payable to SUNTRUST BANK.

Respectfully submitted,

*/s/ Christian M. Leger_____*
Christian M. Leger, Esq.
Florida Bar No. 100562
Christian.leger@gray-robinson.com
GRAY ROBINSON, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801
407-843-8880
407-244-5690 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2017, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Marie A. Mattox, Esquire
310 E. Bradford Road
Tallahassee, FL 32303
marie@mattoxlaw.com

*/s/ Christian M. Leger_____*
Attorney