

**ORDERED in the Southern District of Florida on March 2, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:                                                    Chapter 11

CAPITAL TRANSPORTATION, INC.                Case No.: 17-11664-JKO

           Debtor.

_____/

**ORDER FINDING SUNTRUST BANK**
**IN CONTEMPT AND AWARDING ATTORNEYS' FEES**

    **THIS CAUSE** having come before the Court on March 2, 2017 at 9:30 a.m., upon the Debtor's  Emergency Motion for (I) Injunctive Relief, (II) Turnover of Estate Property, and Attorney's Fees and Costs Stemming from Violation of the Automatic Stay (the "Motion") [ECF No. 30], and the Court, having reviewed the Motion and heard argument of Debtor's counsel,

    **ORDERS AND ADJUDGES** as follows:

1.     The Court finds Suntrust Bank in contempt for willful violation of 11 U.S.C. § 362.

2.     Suntrust Bank is hereby directed to release and restore all funds garnished from the Bank Accounts[1] of the Debtor, during the time period from February 10, 2017 through the date of entry of this Order, within three (3) hours of entry of this Order.

3.     Failure to comply with this Order shall result in further sanctions against Suntrust Bank in the amount of five thousand dollars and 00/100 cents ($5,000.00) *per diem* and continuing on a *per diem* basis until Suntrust Bank complies with paragraph 2 of this Order. The Court reserves jurisdiction to impose escalating sanctions in excess of the $5,000.00 *per diem* amount if Suntrust Bank should remain out of compliance.

4.     Regardless of Suntrust Bank's compliance or lack thereof with the other terms of this Order, a continued hearing on the Motion is hereby set for Thursday, March 9, 2017 (the "Continued Hearing"), and a senior Suntrust Bank executive is directed to appear in person at the Continued Hearing, and address the Court concerning the events detailed in the Motion and Suntrust Bank's internal garnishment procedures.

5.      Debtor's counsel is hereby awarded its reasonable fees and costs in the amount of $1,820.00, to be paid by Suntrust Bank within ten (10) days, and this award shall be without prejudice to the Court's consideration of a further award of additional fees and costs incurred by the Debtor in the continued prosecution of the Motion. Any such additional fees and costs shall be considered at the Continued Hearing.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

6.    This Court shall retain jurisdiction over this matter to enter such further relief as is necessary and proper to enforce the terms and conditions of this Order.

###

Submitted by:  David A. Ray, Esq., 400 Southeast 12th Street, Building B, Fort Lauderdale, FL 33316; 954-399-0105

*(Attorney Ray is directed to serve a copy of this order on parties in interest and to file a certificate of service.)*