

**ORDERED in the Southern District of Florida on March 7, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

CAPITAL TRANSPORTATION, INC.,

                Debtor.
_____/

Case No.  17-11664-JKO

Chapter 11

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING AND APPROVING FINANCING *NUNC PRO TUNC***

THIS CAUSE came before the Court on February 28, 2017, at 9:30 a.m., upon the Debtor's Motion for Order Authorizing Post-Petition Financing and Approving Financing *Nunc Pro Tunc* [ECF No. 14]. The Court, having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein,

It is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor is authorized *nunc pro tunc* to February 17, 2017 to accept the amount of $4,274.56 from B&L Service, Inc. as interest-free post-petition financing for the purpose of satisfying its outstanding pre-petition payroll obligations.

3. B&L Service, Inc. is authorized to file an administrative expense claim for the amount so advanced, but this Order does not make any finding regarding whether this post-petition financing will be treated as an administrative expense claim or a capital infusion by a related entity.

4. The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

###

Submitted by:
David A. Ray
400 Southeast 12th Street, Building B
Fort Lauderdale, Florida 33316
Phone: (954) 399-0105
dray@draypa.com

Copy furnished to:
David A. Ray, Esq.

(*Attorney Ray is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.*)