UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

CAPITAL TRANSPORTATION, INC.,

                    Debtor.
_____/

Case No.  17-11664-JKO

Chapter 11

## MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING AND APPROVING FINANCING *NUNC PRO TUNC*

CAPITAL TRANSPORTATION, INC. (the "Debtor"), by and through the undersigned counsel, hereby moves for entry of an order authorizing the Debtor to obtain post-petition financing from Gaddis Corporation ("Gaddis Corporation"), Gaddis Capital Corporation ("Gaddis Capital") and B&L Service, Inc. ("B&L"), and to approve *nunc pro tunc* financing provided to date, and as grounds therefore states:

### PROCEDURAL HISTORY

1. On February 10, 2017, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Petition Date").

2. As of the Petition Date, the Debtor maintained three (3) accounts (the "Bank Accounts") at Suntrust Bank ("Suntrust"), as described in its bankruptcy Schedule "B".

3. Pursuant to a pre-petition writ of garnishment, Suntrust continued to garnish the Bank Accounts of the Debtor after the Petition Date.

4. As a result of the continuing garnishment, on February 17, 2017, B&L, a Florida corporation related to the Debtor, directly paid the Debtor's pre-petition employment obligations in the total amount of $4,274.56 (the "Payroll Advance").

5. On February 21, 2017, the Debtor filed its Motion for Order Authorizing Post-Petition Financing and Approving Financing *Nunc Pro Tunc* [ECF No. 14], requesting Court approval of the Payroll Advance and authorization for B&L to file an administrative expense claim for Payroll Advance, with the agreement that said administrative expense will only be paid in the event of confirmation of the Debtor's plan of reorganization.

6. On March 1, 2017, having become aware that Suntrust was continuing to garnish the Bank Accounts, the Debtor filed its Emergency Motion for Injunctive Relief, in addition to Emergency Motion for Turnover of Property [ECF No. 30].

7. On March 7, 2017, the Court entered its Order Granting Motion for Order Authorizing Post-Petition Financing and Approving Financing *Nunc Pro Tunc* [ECF No. 43], which resulted in the restoration of the Debtor's operating reserves within approximately two (2) hours.

8. However, during the time period from February 17, 2017 to March 3, 2017, because the continuing garnishment of the Bank Accounts sharply limited the Debtor's ability to fund its business, Gaddis Corporation, Gaddis Capital and B&L lent monies to the Debtor in the total amount of $39,299.56 (the "Advanced Amounts"),[1] on the dates as further detailed on the attached **Exhibit "A"**.

---

[1] Gaddis Corporation is the 100% owner of the Debtor, and provided a total of $10,617.75. B&L is a company affiliated with the Debtor which is likewise owned 100% by Gaddis Corporation, and provided a total of $13,681.81. Gaddis Capital is a company affiliated with the Debtor which is likewise owned 100% by Gaddis Corporation, and provided a total of $15,000.00.

9. The Debtor determined that it was in the best interest of the bankruptcy estate to enter into the proposed post-petition financing arrangement and seek this Court's authority pursuant to Section 364(b) of the Bankruptcy Code to approve said financing, as the amounts lent were necessary for continued operations and therefore crucial to the Debtor's survival.

10. In the event that the Advanced Amounts are approved as post-petition financing *nunc pro tunc* to February 17, 2017, Gaddis Corporation and B&L will submit applications for administrative expense for the Advanced Amounts, with the agreement that said administrative expenses will only be paid in the event of confirmation of the Debtor's plan of reorganization.

WHEREFORE, the Debtor respectfully requests entry of an Order authorizing the Debtor to obtain post-petition financing pursuant to 11 U.S.C. 364(b), subject to the terms set forth herein, approving the financing rendered to date, and granting such other and further relief as the Court deems just and proper.

**Dated: April 3, 2017.**

Respectfully submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

David A. Ray, P.A.
400 Southeast 12th Street, Building B
Fort Lauderdale, Florida 33316
Tel: (954) 399-0105
Email: dray@draypa.com

By: */s/ David A. Ray*
 David A. Ray
Florida Bar No. 13871

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2017, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest as reflected on the attached service list on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *David A. Ray*_____
David A. Ray

**Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Debtor Capital Transportation, Inc.
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com

Zana Michelle Scarlett on behalf of U.S. Trustee Office of the US Trustee
Zana.M.Scarlett@usdoj.gov