

**ORDERED in the Southern District of Florida on April 28, 2017.**

_____
**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

CAPITAL TRANSPORTATION, INC.,

Debtor.
_____/

Case No.  17-11664-JKO

Chapter 11

### ORDER GRANTING MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING AND APPROVING FINANCING *NUNC PRO TUNC*

THIS CAUSE came before the Court on April 25, 2017, at 10:30 a.m., upon the Debtor's Motion for Order Authorizing Post-Petition Financing and Approving Financing *Nunc Pro Tunc* [ECF No. 57] and Amended Motion for Order Authorizing Post-Petition Financing and Approving Financing *Nunc Pro Tunc* [ECF No. 69] (the "Amended Motion") (collectively, the "Motions"). The Court, having reviewed the Motions and having heard the statements of counsel in support of the relief requested therein,

It is hereby **ORDERED** as follows:

1. The Motions are **GRANTED**.

2. The Debtor is authorized *nunc pro tunc* to February 17, 2017, to accept the amount of $56,057.94 from B&L Service, Inc., Gaddis Corporation and Gaddis Capital (collectively, the "Affiliated Entities") for the purpose of meeting its financial obligations in the ordinary course of business.

3. The Affiliated Entities are authorized to file administrative expense claims for the amounts so advanced, but this Order does not make any finding regarding whether said claims shall be treated as administrative expense claims or capital infusions by related entities.

4. The Affiliated Entities are hereby directed to immediately refund to the Debtor those amounts paid to them by the Debtor on or about March 3, 2017, as disclosed on Exhibit "A" to the Amended Motion.

5. The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

###

Submitted by:
David A. Ray
400 Southeast 12th Street, Building B
Fort Lauderdale, Florida 33316
Phone: (954) 399-0105
dray@draypa.com

Copy furnished to:
David A. Ray, Esq.
(*Attorney Ray is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.*)