

**ORDERED in the Southern District of Florida on January 25, 2018.**

_____
**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

CAPITAL TRANSPORTATION, INC.,

Debtor.
_____/

Case No. 17-11664-JKO

Chapter 11

### ORDER GRANTING MOTION TO EXTEND
### DEADLINE TO CONFIRM PLAN OF REORGANIZATION

THIS CAUSE came before the Court on January 23, 2018, at 10:30 a.m., upon the Debtor's *Second Motion to Extend Deadline to Confirm Plan of Reorganization* [ECF No. 124, the "Motion"], and the Court, having considered the Motion, representations of counsel, and the record, is fully advised in the matter. It is therefore:

**ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is granted to the extent set forth herein.

2. The Debtor's period within which to confirm a plan of reorganization is hereby extended through and including March 15, 2018, pursuant to section 1121(e)(3) of title 11, United States Code.

3. The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

###

Submitted by:
David A. Ray
1330 Southeast 4th Avenue, Suite I
Fort Lauderdale, Florida 33316
Phone: (954) 399-0105
dray@draypa.com


Copy furnished to:
David A. Ray, Esq.
(*Attorney Ray is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.*)