UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:                                                                                  Chapter 11

CAPITAL TRANSPORTATION, INC.                        Case No.: 17-11664-JKO

          Debtor.
_____/

**THIRD MOTION TO EXTEND
DEADLINE TO CONFIRM PLAN OF REORGANIZATION**

Capital Transportation, Inc. (the "Debtor"), through undersigned counsel, respectfully requests an extension of time through and including June 15, 2018 within which to confirm a plan of reorganization. In support of this motion (the "Motion"), the Debtor states:

**Background**

1. The Debtor commenced this case on February 10, 2017 (the "Petition Date") by filing a voluntary petition under Chapter 11 of the Bankruptcy Code, as a small business case.

2. At present, the Debtor has until April 4, 2018 within which to file its amended Disclosure Statement and proposed Plan of Reorganization

3. 11 U.S.C. § 1129(e) requires the "[i]n a small business case, the court shall confirm a plan that complies with the applicable provisions of this title and that is filed in accordance with section 1121(e) not later than 45 days after the plan is filed unless the time for confirmation is extended in accordance with section 1121(e)(3)."

4. 11 U.S.C. § 1121(e)(3) provides that the 1129(e) time period may be extended when a "debtor, after providing notice to parties in interest (including the

United States trustee), demonstrates by a preponderance of the evidence that it is more likely than not that the court will confirm a plan within a reasonable period of time."

     5.     The Debtor respectfully requests an enlargement of the time period within which to confirm a plan of reorganization and states as cause that presuming approval of its amended disclosure statement, an approximately two (2) month period within which to confirm a plan of reorganization is reasonable.

     WHEREFORE, the Debtor respectfully requests (i) an extension of time through June 15, 2018 within which to confirm a plan of reorganization, and (ii) such other and further relief as this Court shall grant.

**Dated: March 15, 2018.**

                              David A. Ray, P.A.
                              Counsel for Debtor
                              1330 Southeast 4th Avenue, Suite I
                              Fort Lauderdale, Florida 33316
                              Tel: (954) 399-0105
                              Email: dray@draypa.com

                              By: */s/ David A. Ray*_____
                                   David A. Ray
                                   Florida Bar Number 13871

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2018, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *David Ray*
David A. Ray

**Service List**

**Notice will be electronically mailed to:**

David E. Hicks, Esq. on behalf of Creditor Vickey Bowens
tbyington@kelleykronenberg.com

Dennis J LeVine, Esq on behalf of Creditor Tiffany DeGeorge
Dennis J LeVine, Esq on behalf of Creditor Vickey Bowens
tbyington@kelleykronenberg.com

Jacob E Mitrani on behalf of Interested Party SunTrust Bank
jem@lgplaw.com, amm@lgplaw.com

Sundeep K Mullick on behalf of Creditor CEDRICK JONES
sunny@mullicklaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christina V Paradowski on behalf of Creditor B & L Service, Inc.
Christina V Paradowski on behalf of Creditor Gaddis Corporation
cvp@trippscott.com, bankruptcy@trippscott.com

Zana Michelle Scarlett on behalf of U.S. Trustee Office of the US Trustee
Zana.M.Scarlett@usdoj.gov

Mark E Steiner on behalf of Interested Party SunTrust Bank
MES@lgplaw.com, pm@lgplaw.com

Charles M Tatelbaum on behalf of Creditor B & L Service, Inc.
Charles M Tatelbaum on behalf of Creditor Gaddis Corporation
cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com